AO 241   (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY


**FILED**

| **United States District Court** | District |
|---|---|

Name **Enrique Casarez**

Prisoner No. **0095 12942**

Case No. **JUN 28 2022**

Place of Confinement **San Joaquin County Jail.**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Name of Petitioner (include name under which convicted) **Enrique Casarez**

v.

Name of Respondent (authorized person having custody of petitioner) **The People of San Joaquin County.**

The Attorney General of the State of:

**2:22-CV-1115 DB #C**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **San Joaquin County Court house. 180 E. Weber Ave, Stocton CA 95202**

2. Date of judgment of conviction **N/A**

3. Length of sentence **N/A**

4. Nature of offense involved (all counts) **Molesting a child (No Evidence has been Available to me to give testemony or to have a copy of) My Attorney's refuse to give copies or testomoney.**

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **I changed my Plea to Not Guilty by Reasons of insanity Because the state Nurologist Diagnoses,**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑ **N/A TBD**
   (b) Judge only ☐

7. Did you testify at the trial? **N/A TBD**
   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☑ **N/A TBD**

(2)

AO 241   (Rev. 5/85)

9.   If you did appeal, answer the following:

(a) Name of court _____

(b) Result _____

(c) Date of result and citation, if known _____

(d) Grounds raised _____

_____

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _____

(2) Result _____

_____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

_____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____

(2) Result _____

_____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

_____

10.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes   ☐   No   ☑

11.   If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

(3)

AO 241    (Rev. 5/85)

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
      Yes  ☐    No  ☑

(5)  Result _____

(6)  Date of result _____

(b)  As to any second petition, application or motion give the same information:

(1)  Name of court _____

(2)  Name of proceeding _____

_____

(3)  Grounds raised _____

_____

_____

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
      Yes  ☐    No  ☑
(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
      (1)  First petition, etc.        Yes  ☐    No  ☑
      (2)  Second petition, etc.      Yes  ☐    No  ☑

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Case is on going. My Bail has not been reduced from 2.5 million and I have been denied a bail hearing request in court

12.  State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
      CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f) ✓ Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) ✓ Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

A.  Ground one: The Attorney Assigned to me would refuse to show my medical Records showing An Arachnoid cyst

Supporting FACTS (state *briefly* without citing cases or law): Hospital Records From the county Jail Hospital shows swelling on my brain. Nurologist Tina Hedayat Diagnoses states that the Arachnoid cyst is over the temperal lobe and Alcohol or Drugs can cause an psycotic Attack. I was never warned of these symthims

B.  Ground two: My Private Attorney Gregory R. Davenport removed himself and assigned me a public counselor

Supporting FACTS (state *briefly* without citing cases or law): My Private Attorney Request medical Records, 25 questions and Proof of a privous incident involving police. When I complied and hired A Private Investigator to retrieve everything. My Attorney removed himself as counsel to represent me. Refusing to enter evidence in court,

AO 241   (Rev. 5/85)

C.  Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☑ No ☐

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)  At preliminary hearing _Law offices of stanley Goff_

_15 Boardman Place San Francisco, CA 94103_

(b)  At arraignment and plea _Civil Rights case / Three Correctional_
_officers Beat me intending to burst the Ararchnoidcyst_

in my Brain to K(6)ill me Because I asked
For medical help cause of a serious infection
in my right thigh

AO 241    (Rev. 5/85)

(c) At trial ___still on going___

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___6/17/22___
Date

_____
Signature of Petitioner

(7)

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:  12593430
FIN:  30706715
DOB/Age/Sex: 11/29/1981  / 40 years    / Male

Admit:  10/1/2021
Disch:  10/1/2021
Admitting: Dharawat, Ramesh N MD
Copy to:  Herrera, Corrina A

---

## Office/Clinic Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Office/Clinic Note
10/1/2021 12:12 PDT
Auth (Verified)
Dharawat, Ramesh N MD (10/1/2021 12:16 PDT)
Dharawat, Ramesh N MD (10/1/2021 12:16 PDT)

# CASAREZ, ENRIQUE ESTEBAN

DOB:  11/29/1981
Age:  39 years
Sex:  Male
MRN:  12593430
Registration Date:  10/01/2021
Primary Care Physician:
Saadat, Mohsen DO

**Chief Complaint**
Patient with history of complaint of dizziness and near syncopal episode in the past. Was seen by me in the past. Comes for results of 2D echocardiography and 7-day event monitor. Continue to complain of dizziness.

**History of Present Illness**
Mr. Eenrique Esteban Casarez is a 39-year-old Hispanic male. Patient has diagnoses of cerebral cyst. He has been complaining of dizziness. Being followed by neurology as well as neurosurgery at County Hospital. Patient was referred to cardiology for evaluation of cardiac etiology for complaints of dizziness. 2D echocardiography as well as 7-day event monitor was performed to rule out cardiac arrhythmia as well as also to assess LV function. He comes for regular follow-up. Continue to complain of dizziness as before. 7-day event monitor did not reveal evidence of any significant arrhythmias. Today echocardiography also revealed normal LV function, there was no valvular abnormal noted. I reassured patient that as bradycardia largest concern his symptomatology appears to be noncardiac in nature.

For detailed HPI please refer to my previous note.

**Review of Systems**
As mentioned in HPI.

**Physical Exam**

**Vitals & Measurements**
T: 37.1 °C (Temporal Artery)  HR: 56(Peripheral)  RR: 16  BP: 118/82  SpO2: 98%
HT: 175.26 cm  WT: 81.65 kg  BMI: 26.58

**Problem List/Past Medical History**
Ongoing
    No qualifying data
Historical
    No qualifying data

**Medications**
levETIRAcetam 500 mg oral tablet, Oral, BID
naproxen, 375 mg, Oral, qPM
sertraline, 100 mg, Oral, Daily

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
    Past
Substance Abuse
    Past
Tobacco
    Former smoker, quit more than 30 days
    ago Tobacco Use:.

**Family History**
Cancer: Father.
    Deceased Family Member(s):

---

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| Patient: CASAREZ, ENRIQUE ESTEBAN | Admit: 10/1/2021 |
| MRN: 12593430 | Disch: 10/1/2021 |
| FIN: 30706715 | Admitting: Dharawat,Ramesh N MD |
| DOB/Age/Sex: 11/29/1981  / 40 years  / Male | Copy to: Herrera,Corrina A |

## Office/Clinic Notes

General examination: Alert and oriented sitting comfortably in exam table. Vital signs as reported above. Head normocephalic/atraumatic. Carotid upstroke bilateral equal without carotid bruit. Lungs are clear to auscultation bilaterally. Cardiovascular system S1-S2 regular rate and rhythm no gallop or murmur appreciated. Extremity without edema, cyanosis or clubbing.

**Depression Screen**
No results found.

### Assessment/Plan
1. Questionable syncopal episodes and persistent dizziness: Patient has a left arachnoid cyst. Complains of visual changes as well as dizziness and questionable syncope is in the past. Patient has wake complains of palpitation, and chest tightness. His symptoms have no association to activity, precipitating or relieving factor. As far as cardiovascular system is concerned I would.
7-day event monitor did not reveal evidence of significant ventricular or supraventricular arrhythmia. Patient symptom has no relation to timing of the day, as well as activity. There was one episode of sinus bradycardia at rate of 45 bpm. Otherwise the Holter showed appropriate heart rate, without evidence of arrhythmias. Echocardiography also revealed normal LV function. There was no significant valvular abnormal noted. I reassured the patient that his symptoms of dizziness as well as near syncope and not related to cardiac disorder at this point based on the above studies..

2. Subarachnoid cyst: Patient is being followed by neurologist as well as neurosurgery.

3. History of rheumatoid arthritis.

4. Cardiac follow-up in on as needed basis.

Thank you for your referral. If I could be of any further assistance please do not hesitate to contact me at County Hospital cardia department.

### Follow Up Instructions
No qualifying data available

*[Electronically Signed on: 10/01/2021 12:16 PDT]*
_____
*Dharawat, Ramesh N MD MD*

*[Verified on: 10/01/2021 12:16 PDT]*
_____
*Dharawat, Ramesh N MD MD*

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN: 12593430
FIN: 30685761
DOB/Age/Sex: 11/29/1981  / 40 years   / Male

Admit:   6/11/2021
Disch:   6/11/2021
Admitting: Dharawat,Ramesh N MD
Copy to:  Herrera,Corrina A

---

## Office/Clinic Notes

**DOCUMENT NAME:**
**SERVICE DATE/TIME:**
**RESULT STATUS:**
**PERFORM INFORMATION:**
**SIGN INFORMATION:**

Office/Clinic Note
6/11/2021 11:20 PDT
Auth (Verified)
Dharawat,Ramesh N MD (6/11/2021 11:20 PDT)
Dharawat,Ramesh N MD (6/11/2021 11:20 PDT)

# CASAREZ, ENRIQUE ESTEBAN

**DOB:** 11/29/1981
**Age:** 39 years
**Sex:** Male
**MRN:** 12593430
**Registration Date:** 06/11/2021
**Primary Care Physician:**
 Saadat, Mohsen DO

---

**Chief Complaint**
Patient with history of dizziness and syncopal episodes.  History of cerebral cyst.  Refer for cardiovascular work-up of syncope.

**History of Present Illness**
Mr. Enriqui Esteban Cazares is a 39-year-old Hispanic male.  Patient has history of left arachnoid cyst.  Patient was seen by neurosurgery and felt that his symptoms are not related to his intracranial cyst.  According to the patient he was also seen by ophthalmology, with a decrease peripheral vision and was told that he may need surgery for his cyst.  Patient was also seen by neurologist at County Hospital please refer to her note in the chart.  In short from her note it is not clear whether all his symptoms could be explained due to his intracranial cyst.  Patient is now referred to cardiology for evaluation of his constant dizziness, visual changes, and episodes of syncope.  Patient's description about syncopal episode very vague.  It seems syncope has not resulted into any physical trauma.  Talking to him it seems more like he is afraid that he is going to lose consciousness rather than actual loss of consciousness.  He constantly complains of dizziness.  His other main complaint is loss of peripheral vision and occasional loss of vision in his left eye.  There is a vague history of palpitation however not associated with his symptoms.  He also complains of some chest tightness at times.  He is not very ambulatory because of his fear of fall and unsteady gait according to him.

Past medical history is negative for history of diabetes mellitus or hypertension.  Patient gives history of rheumatoid arthritis since childhood.

Surgical history: Has a surgery on his left knee for meniscus damage according to him.  Patient also complains of intermittent swelling of his lower extremity attributing them to

**Problem List/Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**Medications**
levETIRAcetam 500 mg oral tablet, Oral, BID
naproxen, 375 mg, Oral, qPM
sertraline, 100 mg, Oral, Daily

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
   Past
Substance Abuse
   Past
Tobacco
   Former smoker, quit more than 30 days
   ago Tobacco Use:.

**Family History**
Family history is unknown
       Deceased Family Member(s):

---

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30685761
DOB/Age/Sex:  11/29/1981  / 40 years   / Male

Admit:    6/11/2021
Disch:    6/11/2021
Admitting: Dharawat,Ramesh N MD
Copy to:  Herrera,Corrina A

---

## Office/Clinic Notes

his underlying rheumatoid arthritis.

Social history: Gives history of social drinking.  Denies history of drug or tobacco abuse
in the past.

Current pertinent medications: As per the neurologist note he is on Keppra 500 mg p.o.
twice daily.  Sertraline 100 mg p.o. daily.

Labs: Supplied with the chart were done in February 2021.

### Review of Systems
Please refer to HPI.

### Physical Exam

#### Vitals & Measurements
HR: 73(Peripheral)  BP: 128/78  SpO2: 98%
HT: 177.80 cm  WT: 81.65 kg  BMI: 25.83
General examination: Patient alert and oriented sitting comfortably on exam table, in no
acute distress.  Head normocephalic/atraumatic.  Carotid upstroke bilateral equal
without carotid bruit.  Lungs are clear to auscultation without wheezing, rales, or
rhonchi.  Cardiovascular is S1-S2 regular rate and rhythm no gallop or murmur
appreciated.  Extremity has slight swelling of left knee.  No signs or clubbing noted.

### Assessment/Plan
1.  Questionable syncopal episodes: Patient has a left arachnoid cyst.  Complains of
visual changes as well as dizziness and questionable syncope is in the past.  Patient
has wake complains of palpitation, and chest tightness.  His symptoms have no
association to activity, precipitating or relieving factor.  As far as cardiovascular system is
concerned I would recommend 7-day event monitor to rule out cardiac arrhythmias.
Also recommend 2D cardiogram to assess LV function.  Patient does not have
significant risk factors for CAD as well as his symptoms are very vague as a result for
time being I will hold off on doing stress test.  I will see him in cardiac clinic after the
above test and make further recommendation based on the test finding.

2.  Subarachnoid cyst: Patient is being followed by neurologist as well as neurosurgery.

3.  History of rheumatoid arthritis.

4.  Cardiac follow-up in 2 to 3 months after the above tests.

Thank you for your referral.  If you have any question please feel free to contact me at
County Hospital cardiology department.

### Follow Up Instructions
No qualifying data available

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  CASAREZ, ENRIQUE ESTEBAN          Admit:    6/11/2021
MRN:    12593430                            Disch:    6/11/2021
FIN:    30685761                            Admitting: Dharawat,Ramesh N MD
DOB/Age/Sex:  11/29/1981   / 40 years   / Male      Copy to:   Herrera,Corrina A

| Office/Clinic Notes |
|---|

*[Electronically Signed on: 06/11/2021 11:20 PDT]*

_____
*Dharawat, Ramesh N MD MD*


*[Verified on: 06/11/2021 11:20 PDT]*

_____
*Dharawat, Ramesh N MD MD*

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30685758
DOB/Age/Sex: 11/29/1981  / 40 years   / Male

Admit:    6/8/2021
Disch:    6/8/2021
Admitting: Oladunjoye,Azeem O MD
Copy to:  Herrera,Corrina A

---

## Office/Clinic Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Office/Clinic Note
6/8/2021 08:55 PDT
Auth (Verified)
Oladunjoye,Azeem O MD (6/8/2021 08:59 PDT)
Oladunjoye,Azeem O MD (6/9/2021 07:12 PDT)

# CASAREZ, ENRIQUE ESTEBAN

**DOB:** 11/29/1981
**Age:** 39 years
**Sex:** Male
**MRN:** 12593430
**Registration Date:** 06/08/2021
**Primary Care Physician:**
  Saadat, Mohsen DO

**Chief Complaint**
dizziness, headache, nausea, vomiting

**History of Present Illness**
39-year-old male presents to neurosurgery clinic today for evaluation.  He reports 2
years of symptoms.  Reports over the last year have been feeling dizzy having frequent
falls.  Is also been having nausea and vomiting.  Reports he is having headaches also.
Reports he is having visual symptoms of blurry vision most of the time.

**Review of Systems**
See HPI

**Physical Exam**

  **Vitals & Measurements**
  T: 37.1 °C (Oral)  HR: 76(Peripheral)  BP: 131/85  SpO2: 98%
  HT: 172.72 cm  WT: 83.91 kg  BMI: 28.13
Cranial nerves II to XII are grossly intact.  Pupils are 4 mm and reactive bilaterally.
Motor strength is 5 out of 5 strength in upper and lower extremities.

MRI scan of the brain from 3/6/2021 was reviewed.  Shows a left temporal arachnoid
cyst without any significant mass-effect or midline shift.

**Assessment/Plan**
Arachnoid cyst G93.0
  Patient has a left temporal arachnoid cyst.  I do not believe this is the cause of his
  symptoms.  His arachnoid cyst looks stable and does not need any surgical
  intervention.  If he continues to have visual problems he should be referred to see
  a ophthalmologist.  Follow-up as needed.

**Problem List/Past Medical History**
Ongoing
  No qualifying data
Historical
  No qualifying data

**Medications**
levETIRAcetam 500 mg oral tablet, Oral, BID
naproxen, 375 mg, Oral, qPM
sertraline, 100 mg, Oral, Daily

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
  Past
Substance Abuse
  Past
Tobacco
  Former smoker, quit more than 30 days
  ago Tobacco Use:.

**Family History**
Family history is unknown
  Deceased Family Member(s):

**Health Maintenance**
  Pending (in the next year)

---

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30685758
DOB/Age/Sex: 11/29/1981  / 40 years    / Male

Admit:    6/8/2021
Disch:    6/8/2021
Admitting: Oladunjoye,Azeem O MD
Copy to:  Herrera,Corrina A

## Office/Clinic Notes

**Follow Up Instructions**
No qualifying data available

Due
10 Year Tetanus Booster
due  06/08/21  and every 10  year(s)
Adult Wellness Exam (Male)
due  06/08/21  and every 1  year(s)
Alcohol Use Screening (Male)
due  06/08/21  and every 1  year(s)
Depression Screen (Male)
due  06/08/21  and every 1  year(s)
HIV Screen (if sexually active) (Male)
due  06/08/21  and every 1  year(s)
Initial Preventative Physical Exam
(Male due  06/08/21  One-time only
Lipid Disorders Screen (Male)
due  06/08/21  and every 1  year(s)
STD Counseling (if sexually active)
(Male) due  06/08/21  and every 1  year(s)
Syphilis Screen (if sexually active)
(Male) due  06/08/21  and every 1  year(s)
Tobacco Use Screen (Male)
due  06/08/21  and every 1  year(s)
Due In Future
Influenza Vaccine not due
until  09/01/21  and every 1  year(s)
Satisfied (in the past 1 year)
Satisfied
Body Mass Index Check (Male)
on  06/08/21.  Satisfied by Sosa, Angelina
High Blood Pressure Screen (Male)
on  06/08/21.  Satisfied by Sosa, Angelina

*[Electronically Signed on: 06/09/2021 07:12 PDT]*

*Oladunjoye, Azeem O MD MD*

*[Verified on: 06/09/2021 07:12 PDT]*

*Oladunjoye, Azeem O MD MD*

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| **Patient:** CASAREZ, ENRIQUE ESTEBAN | **Admit:** 5/7/2021 |
| **MRN:** 12593430 | **Disch:** 5/7/2021 |
| **FIN:** 30638837 | **Admitting:** Hedayat, Tina MD |
| **DOB/Age/Sex:** 11/29/1981  / 40 years  / Male | **Copy to:** Herrera, Corrina A |

## Office/Clinic Notes

**DOCUMENT NAME:**
**SERVICE DATE/TIME:**
**RESULT STATUS:**
**PERFORM INFORMATION:**
**SIGN INFORMATION:**

Office/Clinic Note
5/7/2021 10:14 PDT
Auth (Verified)
Hedayat, Tina MD (5/7/2021 10:19 PDT)
Hedayat, Tina MD (5/7/2021 10:39 PDT)

# CASAREZ, ENRIQUE ESTEBAN

**DOB:** 11/29/1981
**Age:** 39 years
**Sex:** Male
**MRN:** 12593430
**Registration Date:** 05/07/2021
**Primary Care Physician:**
Saadat, Mohsen DO

**Chief Complaint**
syncope, visual field defect,headache

**History of Present Illness**
Is a 39-year-old male with a past medical history of incidental finding in arachnoid cyst in the left temporal fossa on the CT scan that was done back in 2009 after he fell and again on 7/20/2019. The patient states that he is now having headaches, vision changes, dizziness and off balance since 5/2020. He reports that he was told that the cyst needs to be removed by UC Davis neurosurgeon. We do not have any documentation such as CT or MRI of the brain. He states sometimes he lost vision in the left eye along with blurry vision on both eyes as well as left-sided visual field defect. On and off he has some muscle twitching in the face and arms alternating between right arm and right hand. He was evaluated by ophthalmologist and they found visual field defect with intermittent visual field loss and given the history of arachnoid cyst since 2009 and several years of headache and episodic blurry vision with normal OCT and borderline R and F loss he will need to follow-up with neurosurgery and they will monitor the patient every 3 months the visual equity on the right thigh is 20/50 and on the left is 20/60. He denies any alcohol or smoking. He has a history of aspirin exam, myopia, previous myopia as well as left-sided visual field defect. Is been getting worse over the past months the severity is moderate. He denies any unilateral numbness, unilateral weakness, speech disturbances, falls. He is on Tylenol 500 mg 2 tabs 2 times a day for pain as well as naproxen. He takes hydroxyzine 50 mg Capsule at night for insomnia. And he is on sertraline 100 mg per depression. And he has not infected cyst on the right lateral part of the right thigh that has been taking clindamycin and management is per his primary care physicians. He has family history of diabetes mild mellitus in his mom denies family history of degenerative disorders of the macula denies family history of glaucoma optic nerves that has been examined by ophthalmologist did

**Problem List/Past Medical History**
Ongoing
No qualifying data
Historical
No qualifying data

**Medications**
levETIRAcetam 500 mg oral tablet, Oral, BID
naproxen, 375 mg, Oral, qPM
sertraline, 100 mg, Oral, Daily

**Allergies**
No Known Medication Allergies

**Family History**
Family history is unknown
Deceased Family Member(s):

**Health Maintenance**
Pending (in the next year)
Due
10 Year Tetanus Booster
due 05/07/21 and every 10 year(s)
Adult Wellness Exam (Male)
due 05/07/21 and every 1 year(s)
Alcohol Use Screening (Male)
due 05/07/21 and every 1 year(s)
Depression Screen (Male)

---

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| Patient: CASAREZ, ENRIQUE ESTEBAN | Admit: 5/7/2021 |
| MRN: 12593430 | Disch: 5/7/2021 |
| FIN: 30638837 | Admitting: Hedayat,Tina MD |
| DOB/Age/Sex: 11/29/1981  / 40 years  / Male | Copy to: Herrera,Corrina A |

## Office/Clinic Notes

not show any pain or erythema any signs of papilledema or optic neuritis and there is no color changes. OCT ON H with borderline or and felt loss but does not suggest or support visual symptoms visual field testing is unreliable.HE still has visual field edecft both side worse on the right side as well as multiple syncopes with lightheadedness and headache

### Review of Systems
**Constitutional:** No fevers, No chills, No sweats
**Eye:** Positive for recent visual problems
**ENT:** No ear pain, No nasal congestion, No sore throat
**Respiratory:** No shortness of breath, No cough
**Cardiovascular:** No Chest pain No palpitations Positive for syncope
**Gastrointestinal:** No nausea, No vomiting, No diarrhea
**Genitourinary:** No hematuria
**Hema/Lymph:** No bruising tendency, No swollen lymph glands
**Endocrine:** No excessive thirst, No excessive hunger
**Musculoskeletal:**No back pain, No neck pain, No joint pain, No muscle pain, No decreased range of motion
**Integumentary:** No rash, No pruritus, No abrasions
**Neurologic:** Alert & oriented X 4 headache, dizziness, off balance as well as left-sided vision loss, syncopal episode and left-sided visual field defect and decreased visual acuity in both eyes without any color problem or papilledema or optic nerve
**Psychiatric:** No anxiety, No depression

### Physical Exam
#### Vitals & Measurements
T: 36.7 °C (Oral) HR: 66(Peripheral) RR: 16 BP: 120/82 SpO2: 99%
HT: 172.72 cm WT: 83.91 kg BMI: 28.13

| | | |
|---|---|---|
| Temperature | 36.7 | (10:07) |
| Systolic Blood Pressure | 120 | (10:07) |
| Diastolic Blood Pressure | 82 | (10:07) |
| Pulse | 66 | (10:07) |
| SpO2 | 99 | (10:07) |
| Respiratory Rate | 16 | (10:07) |

**General:** Alert and oriented, well nourished, No acute distress
**Eye:** PERRL, EOMI, Normal conjunctiva
**HENT:** Normocephalic, clear tympanic membranes,Normal hearing, moist oral mucosa, No scleral icterus, No sinus tenderness
**Neck:** Supple, non-tender,Nocarotid bruits, NoJVD, No lymphadenopathy
**Lungs:** Clear to auscultation and percussion, Non-labored respiration
**Heart:** Normal rate, Regular rhythm, No murmur,No gallop,No edema
**Abdomen:** Soft, non-tender, non-distended, Normal bowel soundsNo masses
**Musculoskeletal:** Normal range of motion and strength, No tenderness, No swelling
**Skin:** Skin is warm, dry and pink, No rashes, No lesions
**Neurologic:** Awake, alert and oriented X4, CN I-XII intact
EOMI no extra ocular ophthalmoplegia, both sided visual field defect worse on the right, no APD or INO, no signs of papilledema or optic neuritis, visual acuity in the right eye is

due 05/07/21 and every 1 year(s)
    HIV Screen (if sexually active) (Male)
due 05/07/21 and every 1 year(s)
    Initial Preventative Physical Exam
(Male due 05/07/21 One-time only
    Lipid Disorders Screen (Male)
due 05/07/21 and every 1 year(s)
    STD Counseling (if sexually active)
(Male) due 05/07/21 and every 1 year(s)
    Syphilis Screen (if sexually active)
(Male) due 05/07/21 and every 1 year(s)
    Tobacco Use Screen (Male)
due 05/07/21 and every 1 year(s)
    Due In Future
    Influenza Vaccine not due
until 09/02/21 and every 1 year(s)
    Satisfied (in the past 1 year)
    Satisfied
    Body Mass Index Check (Male)
on 05/07/21. Satisfied by Ferguson, Amanda L
    High Blood Pressure Screen (Male)
on 05/07/21. Satisfied by Ferguson, Amanda L

### Lab Results
**Last 18 Months**

Chemistry

| Event Name | Event Result | Date/Time |
|---|---|---|
| Sodium Lvl | 137 mmol | 02/12/21 05:16:00 |
| Potassium Lvl | 4.2 mmol | 02/12/21 05:16:00 |
| Chloride | 104 mmol/L | 02/12/21 05:16:00 |
| CO2 | 25 mmol/L | 02/12/21 05:16:00 |
| AGAP | 8 | 02/12/21 05:16:00 |
| BUN | 24 mg/dL | 02/12/21 05:16:00 |
| Creatinine | 0.84 mg/dL | 02/12/21 05:16:00 |

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | |
|---|---|---|---|
| Patient: | CASAREZ, ENRIQUE ESTEBAN | Admit: | 5/7/2021 |
| MRN: | 12593430 | Disch: | 5/7/2021 |
| FIN: | 30638837 | Admitting: | Hedayat, Tina MD |
| DOB/Age/Sex: | 11/29/1981  / 40 years  / Male | Copy to: | Herrera, Corrina A |

---

## *Office/Clinic Notes*

20 out of 50 and on the left is 20 out of 60 without glasses
No facial droop, no facial asymmetry or facial paresthesia, tongue is midline, hearing is intact,
Strength of the muscles upper and lower extremity 5 out of 5 bilateral
Sensation intact to all modalities
Romberg test is positive
Gait is limping due to the skin infection on the right leg
Psychiatric: Cooperative, appropriate mood and affect

### Procedure
## * Final Report *
**Routine EEG Report**

Patient:  CASAREZ, ENRIQUE ESTEBAN        MRN: 12593430        FIN: 30650275

Age:  39 years   Sex:  Male   DOB: 11/29/1981
Associated Diagnoses:  None
Author:  Park, Katherine J MD

### EEG REPORT

**SERVICE DATE:** 4/1/2021
**STUDY NUMBER:** 21-121
**STUDY DURATION:** 21 minutes
**ORDERING PHYSICIAN:** Dr. Syung
**EEG TECHNOLOGIST:** Lile, Kammie

**DIAGNOSIS:**
Syncope vs. seizure

**TECHNICAL DESCRIPTION:**
Digital video EEG was performed using the standard 10-20 system of electrode placement and one channel of EKG.

**EEG DESCRIPTION:**
Clinical State: Awake
Background: symmetric 9-9.5 Hz rhythm over the posterior head region, waxing and waning with eye opening and closure
Beta: 15-25 hz; <30 uV, symmetric, maximum frontocentral

Clinical state: Asleep
Drowsiness was marked by generalized slowing of the background rhythm.
N1 sleep was marked by the presence of vertex sharps, 30-50 uV, central vertex maximum
N2 sleep was marked by the presence of 14-16 Hz frontocentral sleep spindles

| | | |
|---|---|---|
| BUN/Creat Ratio | 29 | 02/12/21 05:16:00 |
| GFR African American | 123 mL/min/1.73 m2 | 02/12/21 05:16:00 |
| GFR NonAfrican American | 102 mL/min/1.73 m2 | 02/12/21 05:16:00 |
| Glucose Lvl | 88 mg/dL | 02/12/21 05:16:00 |
| Calcium Lvl | 9 mg/dL | 02/12/21 05:16:00 |
| Total Protein | 6.9 gm/dL | 02/12/21 05:16:00 |
| Albumin Lvl | 3.9 gm/dL | 02/12/21 05:16:00 |
| Globulin | 3 gm/dL | 02/12/21 05:16:00 |
| A/G Ratio | 1 | 02/12/21 05:16:00 |
| Alk Phos | 83 unit/L | 02/12/21 05:16:00 |
| ALT | 84 unit/L High | 02/12/21 05:16:00 |
| AST | 45 unit/L High | 02/12/21 05:16:00 |
| Bili Total | 0.2 mg/dL | 02/12/21 05:16:00 |
| Ferritin, Serum | 279.4 ng/mL High | 03/15/21 08:11:00 |
| Folate (Folic Acid), Serum | 14.8 ng/mL | 03/15/21 08:11:00 |
| Hgb A1c | 5 % | 03/15/21 08:11:00 |
| TSH | 2.59 uIU/mL | 03/15/21 08:11:00 |
| Vitamin B12 Lvl | 1168 pg/mL High | 03/15/21 08:11:00 |

**Hematology**

| Event Name | Event Result | Date/Time |
|---|---|---|

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| Patient: CASAREZ, ENRIQUE ESTEBAN | Admit: 5/7/2021 |
| MRN: 12593430 | Disch: 5/7/2021 |
| FIN: 30638837 | Admitting: Hedayat, Tina MD |
| DOB/Age/Sex: 11/29/1981  / 40 years  / Male | Copy to: Herrera, Corrina A |

## Office/Clinic Notes

| Erythrocyte Sedimentation Rate | 1 mm/hr | 03/15/21 08:11:00 |
|---|---|---|

**ACTIVATION:**
Hyperventilation and photic stimulation were not performed

**IMPRESSION: Normal**

**CLINICAL CORRELATION:**
This was a normal study with wakefulness and sleep captured. No epileptiform activity or other focal abnormalities were present during this recording.

All Other Results

| Event Name | Event Result | Date/Time |
|---|---|---|
| Antinuclear Antibody | Negative. | 03/15/21 08:11:00 |

### Assessment/Plan
Episode of syncope R55

On exam he has bilateral visual acuity defect with left-sided visual field defect without any other problem, otherwise exam is nonfocal
CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and again on 7/20/2019 but we do not have any actual report or CT
MRI of the brain with and without gadolinium showed the arachnoid cyst
Normal EEG to rule out seizure given recurrent syncopal episode
Cont the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his localization-related epilepsy secondary to arachnoid cyst
Normal peripheral neuropathy lab work-up for off balance such as vitamin B12, folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12 more than 400
Recommend to follow-up with neurosurgery after the MRI is done for
possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all the problem

H/O visual field defect Z86.69

Is a 39-year-old male with a past medical history of incidental finding in arachnoid cyst in the left temporal fossa on the CT scan that was done back in 2009 after he fell and again on 7/20/2019. The patient states that he is now having headaches, vision changes, dizziness and off balance since 5/2020. He reports that he was told that the cyst needs to be removed by UC Davis neurosurgeon. We do not have any documentation such as CT or MRI of the brain. He states sometimes he lost vision in the left eye along with blurry vision on both eyes as well as left-sided visual field defect. On and off he has some muscle twitching in the face and arms alternating between right arm and right hand. He was evaluated by ophthalmologist and they found visual field defect with intermittent visual field loss and given the history of arachnoid cyst since 2009 and several years of headache and episodic blurry vision with normal OCT and borderline R and F loss he will need to follow-up with neurosurgery and they will monitor the patient every 3 months the visual equity on the right thigh is 20/50 and on the left is 20/60. He denies any alcohol or smoking. He has a history of aspirin exam, myopia, previous myopia as well as left-sided visual field

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | |
|---|---|---|
| Patient: CASAREZ, ENRIQUE ESTEBAN | Admit: | 5/7/2021 |
| MRN: 12593430 | Disch: | 5/7/2021 |
| FIN: 30638837 | Admitting: Hedayat,Tina MD |
| DOB/Age/Sex: 11/29/1981  / 40 years  / Male | Copy to: Herrera,Corrina A |

---

## Office/Clinic Notes

defect. Is been getting worse over the past months the severity is moderate. He
denies any unilateral numbness, unilateral weakness, speech disturbances, falls. He is
on Tylenol 500 mg 2 tabs 2 times a day for pain as well as naproxen. He takes
hydroxyzine 50 mg Capsule at night for insomnia. And he is on sertraline 100 mg
per depression. And he has not infected cyst on the right lateral part of the right thigh
that has been taking clindamycin and management is per his primary care physicians.
He has family history of diabetes mild mellitus in his mom denies family history of
degenerative disorders of the macula denies family history of glaucoma optic nerves
that has been examined by ophthalmologist did not show any pain or erythema any
signs of papilledema or optic neuritis and there is no color changes. OCT ON H with
borderline or and felt loss but does not suggest or support visual symptoms visual field
testing is unreliable.
On exam he has bilateral visual acuity defect with left-sided visual field defect without
any other problem, otherwise exam is nonfocal
CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and
again on 7/20/2019 but we do not have any actual report or CT
 **MRI of the brain with and without gadolinium showed  the arachnoid cyst**
Normal EEG to rule out seizure given recurrent syncopal episode
**Cont the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his
localization-related epilepsy secondary to arachnoid cyst**
**Normal  peripheral neuropathy lab work-up for off balance such as vitamin B12,
folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12
more than 400**
**Recommend to follow-up with neurosurgery for possible removal of the
arachnoid cyst, is unclear if arachnoid cyst is causing all the problem such as
headaches, syncope?as well as visual field defect based on the location near the
chiasm**
**Consider cardiac work up for syncope since not consistent with seizure.Unclear.
Gabapentin 300 mg po qhs for head pain.**
**RTC in 3 months**

Intracranial arachnoid cyst G93.0
 On exam he has bilateral visual acuity defect with left-sided visual field defect without
any other problem, otherwise exam is nonfocal
CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and
again on 7/20/2019 but we do not have any actual report or CT
 MRI of the brain with and without gadolinium showed  the arachnoid cyst
Normal  EEG to rule out seizure given recurrent syncopal episode
Cont the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his
localization-related epilepsy secondary to arachnoid cyst
Normal  peripheral neuropathy lab work-up for off balance such as vitamin B12, folic
acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12 more than
400
Recommend to follow-up with neurosurgery after the MRI is done for
possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all
the problem

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | | | | |
|---|---|---|---|---|
| Patient: | CASAREZ, ENRIQUE ESTEBAN | | Admit: | 5/7/2021 |
| MRN: | 12593430 | | Disch: | 5/7/2021 |
| FIN: | 30638837 | | Admitting: Hedayat,Tina MD | |
| DOB/Age/Sex: | 11/29/1981  / 40 years   / Male | | Copy to: | Herrera,Corrina A |

---
### Office/Clinic Notes
---

**Follow Up Instructions**
No qualifying data available
63months

**Patient Education**
Time Counseling Pt
Total Visit Time (min):40
Time Spent Counseling (min):30
Other:

Counseling Summary
Regarding: Abnormal Labs / Diff dx / Treatment options / Risks and benefits / Lifestyle
changes / Prognosis / Current conditions / Medications / Dose adjustments / New dx /
Other

Patient Involvement: Interactive / Attentive / Asked questions / Verbalized understanding
/ Other

   On exam he has bilateral visual acuity defect with left-sided visual field defect without
any other problem, otherwise exam is nonfocal
CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and
again on 7/20/2019 but we do not have any actual report or CT
  MRI of the brain with and without gadolinium showed the arachnoid cyst
Normal  EEG to rule out seizure given recurrent syncopal episode
Cont the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his
localization-related epilepsy secondary to arachnoid cyst
Normal  peripheral neuropathy lab work-up for off balance such as vitamin B12, folic
acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12 more than 400
Recommend to follow-up with neurosurgery after the MRI is done for possible removal of
the arachnoid cyst, is unclear if arachnoid cyst is causing all the problem

Images

* Final Report *

**Reason For Exam**
MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

**MR HEAD W/WO**

Referring Provider: OUTSIDE PHYSICIAN                    Location:   SJGH Diagnostic
Imaging
Patient Name: ENRIQUE ESTEBAN CASAREZ           Med Rec #:  12593430
Date of Birth: 11/29/1981        Age:  39 year(s)
Procedure Date: March 26, 2021         Gender:  M
Pregnant:     Accession #: 5000667222

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30638837
DOB/Age/Sex:  11/29/1981  / 40 years    / Male

Admit:    5/7/2021
Disch:    5/7/2021
Admitting: Hedayat,Tina MD
Copy to:   Herrera,Corrina A

---

## Office/Clinic Notes

Account:  30640974
Procedure:  MR HEAD W/WO
Exam Completion Time: 11:21:22      Tech:  BHH
Clinical Info:  MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

MRI BRAIN WITHOUT AND WITH CONTRAST

INDICATION: MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

TECHNIQUE: Multiplanar multisequence imaging through the brain before
and after the administration of 10 mL of Dotarem contrast material
without adverse effect.

COMPARISON: None

FINDINGS:

3.6 x 2.4 x 3.0 cm extra-axial fluid collection isointense to CSF on
all sequences does not correspond to any enhancement or any
abnormality on the diffusion-weighted sequence. Secondary mild mass
effect upon the left temporal lobe identified without any parenchymal
abnormality.

No abnormal brain parenchymal or meningeal enhancement noted.

The brain parenchyma appears normal in signal intensity without
evidence for acute ischemia, hemorrhage or mass lesion. No evidence
for hydrocephalus.

The pituitary, cavernous sinus, hypothalamic and pineal regions appear
normal.

The cranial-cervical junction, atlanto-dens interval and position of
the cerebellar tonsils are within normal limits.

Cranial nerve VII/VIII complexes appear normal without evidence for
gross intracanalicular or cerebellar-pontine angle lesion.

No evidence for sinusitis or mastoiditis.

Calvarium appears normal.

IMPRESSION:

Anterior left middle cranial fossa arachnoid cyst without any acute

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  CASAREZ, ENRIQUE ESTEBAN
MRN:     12593430
FIN:      30638837
DOB/Age/Sex:  11/29/1981  / 40 years  / Male

Admit:    5/7/2021
Disch:    5/7/2021
Admitting: Hedayat,Tina MD
Copy to:  Herrera,Corrina A

---

## Office/Clinic Notes

abnormality.

**Dictating Radiologist: Rakesh Patel, MD**
**Dictation Date: 3/26/2021 11:33 AM**

**Electronically Signed By, Rakesh Patel, MD**
**Date: 3/26/2021 11:41 AM**

*[Electronically Signed on: 05/07/2021 10:39 PDT]*

_____

*Hedayat, Tina MD MD*

*[Verified on: 05/07/2021 10:39 PDT]*

_____

*Hedayat, Tina MD MD*

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30640974
DOB/Age/Sex:  11/29/1981  / 40 years    / Male

Admit:    3/26/2021
Disch:    3/26/2021
Admitting: Ha, Tony MD
Copy to:  Herrera, Corrina A

| *Magnetic Resonance Imaging* |
|---|

| Accession # | Exam Date/Time | Procedure | Ordering Dr. |
|---|---|---|---|
| 29-MR-21-01011 | 3/26/2021 11:44 PDT | MRI Brain w/ + w/o Contrast | Outside, Physician |

**Reason For Exam**
(MRI Brain w/ + w/o Contrast) MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

**Report**

Referring Provider: OUTSIDE  PHYSICIAN          Location:  SJGH Diagnostic Imaging
Patient Name:  ENRIQUE ESTEBAN CASAREZ  Med Rec #: 12593430
Date of Birth: 11/29/1981 Age: 39 year(s)
Procedure Date:  March    26, 2021 Gender:  M
Pregnant:  Accession #: 5000667222
Account: 30640974
Procedure:  MR HEAD W/WO
Exam Completion Time:  11:21:22 Tech:  BHH
Clinical Info:  MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG


MRI BRAIN WITHOUT AND WITH CONTRAST

INDICATION: MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

TECHNIQUE: Multiplanar multisequence imaging through the brain before
and after the administration of 10 mL of Dotarem contrast material
without adverse effect.

COMPARISON: None

FINDINGS:

3.6 x 2.4 x 3.0 cm extra-axial fluid collection isointense to CSF on
all sequences does not correspond to any enhancement or any
abnormality on the diffusion-weighted sequence. Secondary mild mass
effect upon the left temporal lobe identified without any parenchymal
abnormality.

No abnormal brain parenchymal or meningeal enhancement noted.

The brain parenchyma appears normal in signal intensity without

---

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  CASAREZ, ENRIQUE ESTEBAN                    Admit:     3/26/2021
MRN:     12593430                                      Disch:     3/26/2021
FIN:     30640974                                      Admitting: Ha, Tony MD
DOB/Age/Sex:  11/29/1981  / 40 years   / Male          Copy to:   Herrera, Corrina A

| Magnetic Resonance Imaging |
| --- |

**Report**
evidence for acute ischemia, hemorrhage or mass lesion. No evidence
for hydrocephalus.

The pituitary, cavernous sinus, hypothalamic and pineal regions appear
normal.

The cranial-cervical junction, atlanto-dens interval and position of
the cerebellar tonsils are within normal limits.

Cranial nerve VII/VIII complexes appear normal without evidence for
gross intracanalicular or cerebellar-pontine angle lesion.

No evidence for sinusitis or mastoiditis.

Calvarium appears normal.

IMPRESSION:

Anterior left middle cranial fossa arachnoid cyst without any acute
abnormality.

Dictating Radiologist: Rakesh Patel, MD
Dictation Date: 3/26/2021 11:33 AM




Electronically Signed By, Rakesh Patel, MD
Date: 3/26/2021 11:41 AM

Thank you for this referral.

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30650275
DOB/Age/Sex:  11/29/1981  / 40 years    / Male

Admit:    4/1/2021
Disch:    4/1/2021
Admitting: Mehdizadehseraj,Siamak MD
Copy to:   Herrera,Corrina A

## Progress Notes

DOCUMENT NAME:                          Progress Note-Nurse
SERVICE DATE/TIME:                      4/1/2021 17:12 PDT
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Lile,Kammie (4/1/2021 17:14 PDT)
SIGN INFORMATION:                       Lile,Kammie (4/1/2021 17:14 PDT)

ELECTROENCPHALOGRAM

DIAGNOSIS: HX OF SYNCOPE EPISODES, R/O SEIZURES
REFERRING: SYUNG M. JUNG- SAN JOAQUIN COUNTY SHERIFF DEPARTMENT

THIS EEG TEST HAS BEEN COMPLETED AND MADE USING THE 10/20 INTERNATIONAL SYSTEM
MONTAGE AND A PORTABLE EEG MACHINE.
THIS TEST IS TO BE READ AND DICTATED BY UC DAVIS NEUROLOGY.

THANK YOU FOR THIS REFERRAL!

*[Electronically Signed on: 04/01/2021 17:14 PDT]*
_____
*Lile, Kammie*


*[Verified on: 04/01/2021 17:14 PDT]*
_____
*Lile, Kammie*

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient:  CASAREZ, ENRIQUE ESTEBAN
MRN:    12593430
FIN:    30607363
DOB/Age/Sex:  11/29/1981  / 40 years    / Male

Admit:    3/5/2021
Disch:    3/5/2021
Admitting: Hedayat,Tina MD
Copy to:  Herrera.Corrina A

## Consultation Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation/Specialist Note
3/5/2021 09:41 PST
Auth (Verified)
Hedayat,Tina MD (3/5/2021 09:43 PST)
Hedayat,Tina MD (3/5/2021 09:43 PST)

# CASAREZ, ENRIQUE ESTEBAN

DOB:    11/29/1981
Age:    39 years
Sex:    Male
MRN:    12593430
Registration Date:    03/05/2021
Primary Care Physician:
    Saadat, Mohsen DO

### Chief Complaint
NP HEADACHES/ VISON CHANGES

### History of Present Illness
Is a 39-year-old male with a past medical history of incidental finding in arachnoid cyst in the left temporal fossa on the CT scan that was done back in 2009 after he fell and again on 7/20/2019.  The patient states that he is now having headaches, vision changes, dizziness and off balance since 5/2020.  He reports that he was told that the cyst needs to be removed by UC Davis neurosurgeon.  We do not have any documentation such as CT or MRI of the brain.  The patient says he lost vision in the left eye along with blurry vision on both eyes as well as left-sided visual field defect.  On and off he has some muscle twitching in the face and arms alternating between right arm and right hand.  He was evaluated by ophthalmologist and they found visual field defect with intermittent visual field loss and given the history of arachnoid cyst since 2009 and several years of headache and episodic blurry vision with normal OCT and borderline R and F loss he will need to follow-up with neurosurgery and they will monitor the patient every 3 months the visual equity on the right thigh is 20/50 and on the left is 20/60.  He denies any alcohol or smoking.  He has a history of aspirin exam, myopia, previous myopia as well as left-sided visual field defect.  Is been getting worse over the past months the severity is moderate.  He denies any unilateral numbness, unilateral weakness, speech disturbances, falls.  He is on Tylenol 500 mg 2 tabs 2 times a day for pain as well as naproxen.  He takes hydroxyzine 50 mg Capsule at night for insomnia.  And he is on sertraline 100 mg per depression.  And he has not infected cyst on the right lateral part of the right thigh that has been taking clindamycin and management is per his primary care physicians.  He has family history of diabetes mild mellitus in his mom denies family history of degenerative disorders of the macula denies family history of glaucoma optic nerves that has been examined by ophthalmologist did

### Problem List/Past Medical History
Ongoing
    No qualifying data
Historical
    No qualifying data

### Medications
acetaminophen, 1000 mg
clindamycin, 300 mg
hydrOXYzine, 100 mg
naproxen, 375 mg, Oral
sertraline, 100 mg, Oral, Daily

### Allergies
No Known Medication Allergies

### Family History
Family history is unknown
    Deceased Family Member(s):

### Health Maintenance
Pending (in the next year)
    OverDue
        Influenza Vaccine due  09/02/20  and every 1  year(s)
    Due
        10 Year Tetanus Booster due 03/05/21  and every 10  year(s)

LEGEND: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Footnote, #=Interpretive Data, R=Ref Lab

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: **CASAREZ, ENRIQUE ESTEBAN**
MRN: 12593430
FIN: 30607363
DOB/Age/Sex: 11/29/1981 / 40 years / Male

Admit: 3/5/2021
Disch: 3/5/2021
Admitting: Hedayat, Tina MD
Copy to: Herrera, Corrina A

## Consultation Notes

not show any pain or erythema any signs of papilledema or optic neuritis and there is no color changes. OCT ON H with borderline or and felt loss but does not suggest or support visual symptoms visual field testing is unreliable.

### Review of Systems
**Constitutional:** No fevers, No chills, No sweats
**Eye:** Positive for recent visual problems
**ENT:** No ear pain, No nasal congestion, No sore throat
**Respiratory:** No shortness of breath, No cough
**Cardiovascular:** No Chest pain No palpitations Positive for syncope
**Gastrointestinal:** No nausea, No vomiting, No diarrhea
**Genitourinary:** No hematuria
**Hema/Lymph:** No bruising tendency, No swollen lymph glands
**Endocrine:** No excessive thirst, No excessive hunger
**Musculoskeletal:** No back pain, No neck pain, No joint pain, No muscle pain, No decreased range of motion
**Integumentary:** No rash, No pruritus, No abrasions
**Neurologic:** Alert & oriented X 4 headache, dizziness, off balance as well as left-sided vision loss, syncopal episode and left-sided visual field defect and decreased visual acuity in both eyes without any color problem or papilledema or optic nerve
**Psychiatric:** No anxiety. No depression

### Physical Exam

#### Vitals & Measurements
T: 36.9 °C (Oral) HR: 71(Peripheral) RR: 16 BP: 121/88 SpO2: 100%
HT: 172.72 cm WT: 83.91 kg BMI: 28.13

**General:** Alert and oriented, well nourished, No acute distress
**Eye:** PERRL, EOMI, Normal conjunctiva
**HENT:** Normocephalic, clear tympanic membranes, Normal hearing, moist oral mucosa, No scleral icterus, No sinus tenderness
**Neck:** Supple, non-tender, Nocarotid bruits, NoJVD, No lymphadenopathy
**Lungs:** Clear to auscultation and percussion, Non-labored respiration
**Heart:** Normal rate, Regular rhythm, No murmur, No gallop, No edema
**Abdomen:** Soft, non-tender, non-distended, Normal bowel soundsNo masses
**Musculoskeletal:** Normal range of motion and strength, No tenderness, No swelling
**Skin:** Skin is warm, dry and pink, No rashes, No lesions
**Neurologic:** Awake, alert and oriented X4, CN I-XII intact
EOMI no extra ocular ophthalmoplegia, left-sided visual field defect, no APD or INO, no signs of papilledema or optic neuritis, visual acuity in the right eye is 20 out of 50 and on the left is 20 out of 60 without glasses
No facial droop, no facial asymmetry or facial paresthesia, tongue is midline, hearing is intact,
Strength of the muscles upper and lower extremity 5 out of 5 bilateral
Sensation intact to all modalities
Romberg test is positive
Gait is limping due to the skin infection on the right leg

Adult Wellness Exam (Male)
due 03/05/21 and every 1 year(s)
Alcohol Use Screening (Male)
due 03/05/21 and every 1 year(s)
Depression Screen (Male)
due 03/05/21 and every 1 year(s)
HIV Screen (if sexually active) (Male)
due 03/05/21 and every 1 year(s)
Initial Preventative Physical Exam
(Male due 03/05/21 One-time only
Lipid Disorders Screen (Male)
due 03/05/21 and every 1 year(s)
STD Counseling (if sexually active)
(Male) due 03/05/21 and every 1 year(s)
Syphilis Screen (if sexually active)
(Male) due 03/05/21 and every 1 year(s)
Tobacco Use Screen (Male)
due 03/05/21 and every 1 year(s)
Satisfied (in the past 1 year)
Satisfied
Body Mass Index Check (Male)
on 03/05/21. Satisfied by Ferguson,
Amanda L
High Blood Pressure Screen (Male)
on 03/05/21. Satisfied by Ferguson,
Amanda L

### Lab Results
### Last 18 Months

Chemistry

| Event Name | Event Result | Date/Time |
|---|---|---|
| Sodium Lvl | 137 mmol | 02/12/21 05:16:00 |
| Potassium Lvl | 4.2 mmol | 02/12/21 05:16:00 |
| Chloride | 104 mmol/L | 02/12/21 05:16:00 |
| CO2 | 25 mmol/L | 02/12/21 05:16:00 |
| AGAP | 8 | 02/12/21 05:16:00 |
| BUN | 24 mg/dL | 02/12/21 05:16:00 |

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: CASAREZ, ENRIQUE ESTEBAN
MRN: 12593430
FIN: 30607363
DOB/Age/Sex: 11/29/1981  / 40 years    / Male

Admit:  3/5/2021
Disch:  3/5/2021
Admitting: Hedayat, Tina MD
Copy to:  Herrera, Corrina A

## Consultation Notes

Psychiatric: Cooperative, appropriate mood and affect

### Assessment/Plan
H/O visual field defect Z86.69
  Is a 39-year-old male with a past medical history of incidental finding in arachnoid cyst in the left temporal fossa on the CT scan that was done back in 2009 after he fell and again on 7/20/2019. The patient states that he is now having headaches, vision changes, dizziness and off balance since 5/2020. He reports that he was told that the cyst needs to be removed by UC Davis neurosurgeon. We do not have any documentation such as CT or MRI of the brain. He states sometimes he lost vision in the left eye along with blurry vision on both eyes as well as left-sided visual field defect. On and off he has some muscle twitching in the face and arms alternating between right arm and right hand. He was evaluated by ophthalmologist and they found visual field defect with intermittent visual field loss and given the history of arachnoid cyst since 2009 and several years of headache and episodic blurry vision with normal OCT and borderline R and F loss he will need to follow-up with neurosurgery and they will monitor the patient every 3 months the visual equity on the right thigh is 20/50 and on the left is 20/60. He denies any alcohol or smoking. He has a history of aspirin exam, myopia, previous myopia as well as left-sided visual field defect. Is been getting worse over the past months the severity is moderate. He denies any unilateral numbness, unilateral weakness, speech disturbances, falls. He is on Tylenol 500 mg 2 tabs 2 times a day for pain as well as naproxen. He takes hydroxyzine 50 mg Capsule at night for insomnia. And he is on sertraline 100 mg per depression. And he has not infected cyst on the right lateral part of the right thigh that has been taking clindamycin and management is per his primary care physicians. He has family history of diabetes mild mellitus in his mom denies family history of degenerative disorders of the macula denies family history of glaucoma optic nerves that has been examined by ophthalmologist did not show any pain or erythema any signs of papilledema or optic neuritis and there is no color changes. OCT ON H with borderline or and felt loss but does not suggest or support visual symptoms visual field testing is unreliable.
On exam he has bilateral visual acuity defect with left-sided visual field defect without any other problem, otherwise exam is nonfocal
CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and again on 7/20/2019 but we do not have any actual report or CT
Recommend MRI of the brain with and without gadolinium to see the arachnoid cyst and rule out other structural brain lesion demyelinating lesion
Recommend to obtain EEG to rule out seizure given recurrent syncopal episode
Recommend to start the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his localization-related epilepsy secondary to arachnoid cyst
Recommend to check peripheral neuropathy lab work-up for all balance such as vitamin B12, folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12 more than 400
Recommend to follow-up with neurosurgery after the MRI is done for possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all the problem

| Creatinine | 0.84 mg/dL | 02/12/21 05:16:00 |
|---|---|---|
| BUN/Creat Ratio | 29 | 02/12/21 05:16:00 |
| GFR African American | 123 mL/min/1.73 m2 | 02/12/21 05:16:00 |
| GFR NonAfrican American | 102 mL/min/1.73 m2 | 02/12/21 05:16:00 |
| Glucose Lvl | 88 mg/dL | 02/12/21 05:16:00 |
| Calcium Lvl | 9 mg/dL | 02/12/21 05:16:00 |
| Total Protein | 6.9 gm/dL | 02/12/21 05:16:00 |
| Albumin Lvl | 3.9 gm/dL | 02/12/21 05:16:00 |
| Globulin | 3 gm/dL | 02/12/21 05:16:00 |
| A/G Ratio | 1 | 02/12/21 05:16:00 |
| Alk Phos | 83 unit/L | 02/12/21 05:16:00 |
| ALT | 84 unit/L High | 02/12/21 05:16:00 |
| AST | 45 unit/L High | 02/12/21 05:16:00 |
| Bili Total | 0.2 mg/dL | 02/12/21 05:16:00 |

---

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: **CASAREZ, ENRIQUE ESTEBAN**
MRN:    12593430
FIN:    30607363
DOB/Age/Sex:  11/29/1981  / 40 years    / Male

Admit:    3/5/2021
Disch:    3/5/2021
Admitting: Hedayat, Tina MD
Copy to:  Herrera, Corrina A

| *Consultation Notes* |
| --- |

Intracranial arachnoid cyst G93.0
  On exam he has bilateral visual acuity defect with left-sided visual field defect without
  any other problem, otherwise exam is nonfocal
  CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and
  again on 7/20/2019 but we do not have any actual report or CT
  Recommend MRI of the brain with and without gadolinium to see the arachnoid cyst
  and rule out other structural brain lesion demyelinating lesion
  Recommend to obtain EEG to rule out seizure given recurrent syncopal episode
  Recommend to start the patient on Keppra 500 mg p.o. twice daily for prophylaxis in
  case of his localization-related epilepsy secondary to arachnoid cyst
  Recommend to check peripheral neuropathy lab work-up for off balance such as
  vitamin B12, folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin
  B12 more than 400
  Recommend to follow-up with neurosurgery after the MRI is done for
  possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all
  the problem
Recurrent syncope R55
  On exam he has bilateral visual acuity defect with left-sided visual field defect without
  any other problem, otherwise exam is nonfocal
  CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and
  again on 7/20/2019 but we do not have any actual report or CT
  Recommend MRI of the brain with and without gadolinium to see the arachnoid cyst
  and rule out other structural brain lesion demyelinating lesion
  Recommend to obtain EEG to rule out seizure given recurrent syncopal episode
  Recommend to start the patient on Keppra 500 mg p.o. twice daily for prophylaxis in
  case of his localization-related epilepsy secondary to arachnoid cyst
  Recommend to check peripheral neuropathy lab work-up for off balance such as
  vitamin B12, folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin
  B12 more than 400
  Recommend to follow-up with neurosurgery after the MRI is done for
  possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all
  the problem

**Follow Up Instructions**
No qualifying data available
Up with ophthalmology every 3 months
Follow-up with me in 1 month
Follow-up with neurosurgery as soon as possible after the MRI is done

**Patient Education**
Time Counseling Pt
Total Visit Time (min):45
Time Spent Counseling (min):30
Other:

Counseling Summary
Regarding: Abnormal Labs / Diff dx / Treatment options / Risks and benefits / Lifestyle

LEGEND: ^-Corrected, @-Abnormal, *-Critical, L-Low, H-High, #-Interp Data, R-Performing Location, N-Result Comment



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
40 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

---

**02/10/2022**                 Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint
1. HA, Dizziness, reported fainting last week.

### Assessments
IM seen cell side in Ad Seg 8. IM sleeping on arrival. Triage made due to encounter with ███████████. IM had reported HA, dizziness and fainting last week. Per ECW, IM was seen by both Charge RN and FNP Backert and cleared. IM with Hx of arachnoid cyst and is being followed by neuro. Per recent neuro noted, HA, dizziness and blurry vision not being caused by cyst. IM now reporting continued migraine and dizziness that is triggered by the cold air. IM states he can not sleep due to the pain, although this writer observed IM sleeping on arrival. Advised IM that provider would be consulted. Per FNP Mendoza place on BP and finger sticks x5 days.



### Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Confirmatory sign off:
Mendoza FNP-BC, Robyn 2022-02-11 15:08:02

**Electronically signed by Alyssa Agrippino RN on 02/10/2022 at 02:54 PM PST**

**Electronically co-signed by Robyn Mendoza FNP-BC on 02/11/2022 at 03:08 PM PDT**

**Sign off status: Completed**

---



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
40 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

01/24/2022                **Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

### Chief Complaint
1. DENTIST : ,MY RIGHT SIDE BACK MOLER TOOTH IS INFECTED
IM HAVING TOOTH ACHES. I WOULD LIKE TO SEE THE DENTIST
PLEASE AND MAY I PLEASE HAVE SOMETHING TO NUMB THE
PAIN. IM IN A LOT OF PAIN, PLEASE..

### History of Present Illness
-GENERAL :
    Triage d/ced. Issue was already addressed on 1-21-22. This request
was made on 1-20-22.


**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**




**Electronically signed by Rita Mananquil RN on 01/24/2022 at
02:41 PM PST**

**Sign off status: Completed**

---

SJC Main Jail
7000 Michael Canlis Blvd.
French Camp, CA 952319693
Tel: 209-468-4550

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH
CARE   01/24/2022
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** AD/SEGA7
**Patient:** CASAREZ, ENRIQUE ESTEBAN          **Appointment Provider:** CHC CORRECTIONAL
**Account Number:** 67042                                                        HEALTH CARE
**DOB:** 11/29/1981  **Age:** 40 Y  **Sex:** Male                      **Date:** 01/21/2022
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. SUPPORT SHOES PLEASE . .

**HPI:**
-GENERAL :
0832 TRiage: Seen inmate today requesting shoe support, ambulate wel, no limping, no swelling/ acute deformity, explained criteria and since he doesn't meet those criteria, request denies and showed understanding. Inmate also c/o toothache due to broken right lower molar, no swelling, no sign of infection, dental referral done, set on Motrin for pain, rtc prn.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 01/21/2022



**Electronically signed by Charlotte Reyes RN on 01/21/2022 at 12:12 PM PST**
**Sign off status: Completed**

**Area:** AD/SEGA7
**Patient:** CASAREZ, ENRIQUE ESTEBAN   **Appointment Provider:** CHC CORRECTIONAL
**Account Number:** 67042   HEALTH CARE
**DOB:** 11/29/1981   **Age:** 40 Y   **Sex:** Male   **Date:** 12/28/2021
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

### Subjective:

#### Chief Complaints:
1. MEDICAL- MY EYES ARE DRY. COULD I GET EYEDROPS PLEASE?. .

#### HPI:
-GENERAL :
  Triage - Seen in A7 requesting artificial tear drops. Noted ambulates well with steady gait, NAD, A&OX4, speaks with full sentence, calm and pleasant. Reports dry eyes d/t crying lately d/t passing of father. Noted no eye redness, no swelling, no deformity, no fever, denies current pain and other medical problem or concern. Advised will set on Artificial tears 1 gtt QID x 5-7 days, to s/c rtc prn. Showed understanding and satisfaction.

### Objective:

### Assessment:

### Plan:

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN   **DOB:** 11/29/1981   **Date:** 12/28/2021



**Electronically signed by Nanding Yamomo RN on 12/28/2021 at 04:54 PM PST**
**Sign off status: Completed**

**Progress Notes**

**Lar no:** 9512942   **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** AD/SEGA7

**Patient:** CASAREZ, ENRIQUE ESTEBAN   **Appointment Provider:** CHC CORRECTIONAL
   HEALTH CARE
**DOB:** 11/29/1981   **Age:** 40 Y   **Sex:** Male   **Date:** 12/23/2021

**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. Dizziness, HA, dementia-like Sx: Reported dx with brain mass. .

**HPI:**
-GENERAL :
Triage - Seen in A7 requesting lower/cell r/t hx of brain mass, dimentia-like sx, H/A, dizziness. Noted ambulates well with steady gait, NAD, A&OX4, speaks with full sentence, calm and pleassant. Reports currently housed in LB/LC, just wanted to make sure he will have this chrono while in custody. Denies current pain, dizziness, blurry vision, CP, SOB, N/V other medical complaint and concern. Advised currently has LB/LC while in custody, to s/c rtc prn. Showed understanding and satisfaction.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 12/23/2021



**Electronically signed by Nanding Yamomo RN on 12/23/2021 at 03:58 PM PST**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
40 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

**12/09/2021**

### Appointment Provider: CHC CORRECTIONAL HEALTH CARE

**Chief Complaint**
1. I WAS TOLD MY NAPROXEN RAN OUT AND HAVE TO RENEW
IT. I HAVE RHEMINTORY ARTHITUS AND SWELLING IN MY LEFT
KNEE BECAUSEW 30 % OF MY MENISUS WAS REMOVED AND I
HAVE MY RIGHT SHOULDE SHAVED DOWN PLEASE REMEW MY
MEDICATION WITH A HIGHER DOSE. IM IN PAIN

**Assessments**
Triage discontinued. Naproxen was renewed and noted on 11/29/21.

**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**

**Electronically signed by Alyssa Agrippino RN on 12/09/2021
at 07:26 AM PST**

**Sign off status: Completed**

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**
**Tel: 209-468-4550**
**Fax: 209-468-4554**

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE    12/09/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing
Area:** AD/SEGA7

**Patient:** CASAREZ, ENRIQUE ESTEBAN

**DOB:** 11/29/1981  **Age:** 39 Y  **Sex:** Male

**Appointment Provider:** CHC CORRECTIONAL
HEALTH CARE
**Date:** 11/12/2021

**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**

1. I am diagnosed with rhemintory arthritus and an arachnoid cyst on my brain in my medical rcords. I'm having trigger finger, swelling in my knees and right shoulder rotator cup from past surgeries. Also my hip is popping out of place, there is pain all over my body and headaches, dizziness, nausea from the arachaoid cys because of the cold air in the vents and cold weather outside. I talk to medical and they said to write you. So I can move and no more pain will be resolved. Can you please sir remove the KSF between me and Blake Walker. Im in pain.

**HPI:**

-GENERAL :

Triage - Inmate requesting custody classification and not medical. Advised to s/c rtc prn.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 11/12/2021



**Electronically signed by Nanding Yamomo RN on 11/12/2021 at 02:49 PM PST**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
Account Number: 67042
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

10/27/2021                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint
1. I be cold) Medical : My knees are swelling up and I'm getting swelling in my feet from less/little blood flow, My joints are locking up and I'm suffering headaches and dizziness from my arachnoid cyst. Please request classification to transfer me to unit 3 or intake 3 I'm ina lot of pain. I have rhymitory Arthritis and 30% less mineseus in my left knee from surgery

### Assessments
IM seen in Ad Seg 7 for triage. IM requesting to be moved to Intakes or Unit 3 because he is cold. IM states that his restriction is over and should not be housed here any more. Advised IM that if he is housed in Ad seg due to a custody issue, he must contact classification for transfer. IM with Hx of arthritis. IM reporting that the naproxen is not helping his pain. Requesting an extra blanket. Advised IM that he does not qualify for a blanket chrono but will discuss with provider regarding pain management. Per FNP Holton to increase Naproxen to 500 mg BID.



Appointment Provider: CHC CORRECTIONAL HEALTH CARE

Confirmatory sign off:

Holton, FNP-C, Lakisha 2021-10-29 17:01:54

Electronically signed by Alyssa Agrippino RN on 10/27/2021 at 03:42 PM PDT

---

Patient: CASAREZ, ENRIQUE ESTEBAN  DOB: 11/29/1981  Progress Note: CHC CORRECTIONAL HEALTH CARE  10/27/2021
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically co-signed by Lakisha Holton, FNP-C on
10/29/2021 at 05:01 PM PDT

Sign off status: Completed

_____

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**
**Tel: 209-468-4550**
**Fax: 209-468-4554**

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH
CARE   10/27/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 2:22-cv-01115-KJM-DB    Document 1    Filed 06/28/22    Page 38 of 155



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old Male, DOB: 11/29/1981
Account Number: 67042
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

07/30/2021                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint
1. Remove Holter monitor on 7-30-21 at 1400

### Assessments
Went to Ad seg at 1400 to remove Holter monitor per order. IM claims he no longer has it. States he took monitor off early this morning and placed in box as per printed directions on box. IM gave the box to night shift officer who then placed it into the mail. Mail no longer located in unit. Checked mail area of South Jail Admin, mail had already been collected. Notified clinic LVN, per LVN box has address of special care clinic. Special care clinic to be contacted as box will be mailed directly to clinic. Will have charge RN follow up next week to ensure that monitor was received.

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

**Electronically signed by Alyssa Agrippino RN on 07/30/2021 at 02:23 PM PDT**

**Sign off status: Completed**

SJC Main Jail
7000 Michael Canlis Blvd.
French Camp, CA 952319693
Tel: 209-468-4550
Fax: 209-468-4554

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH CARE   07/30/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942 **Booking:** 20-11694
**Facility Code:** SOMJ **Housing**
**Area:** AD/SEGA7

**Patient:** CASAREZ, ENRIQUE ESTEBAN

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE

**DOB:** 11/29/1981   **Age:** 39 Y   **Sex:** Male

**Date:** 07/27/2021

**Phone:**

**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**

1. THE PAIN MEDICATION IS NOT HELPING. I WOULD LIKE BETTER PAIN MEDICATION PLEASE. MY KNEES, JOINTS, MUSCLES, SHOULDER DISLOCATES AND I HAVE HEADACHES AND MY FEET ARE SWELLING.

**HPI:**

-GENERAL :

0950 Triage: seen in own cell in A7; requesting to increase the frequency of his naprosyn; c/o back and right shoulder pain; up and about in his cell with steady gait; referred to provider; known IM with arthritis; see new med orders; rtc prn.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE

**Patient:** CASAREZ, ENRIQUE ESTEBAN   **DOB:** 11/29/1981   **Date:** 07/27/2021



**Electronically signed by Geronimo Hinayon RN on 07/27/2021 at 02:18 PM PDT**

**Sign off status: Completed**

**Progress Notes**

**Lar no:** 9512942   **Booking:** 20-11694

**Facility Code:** SOMJ   **Housing Area:** AD/SEGA7

**Patient:** CASAREZ, ENRIQUE ESTEBAN

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE

**DOB:** 11/29/1981   **Age:** 39 Y   **Sex:** Male

**Date:** 07/22/2021

**Phone:**

**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Subjective:**

**Chief Complaints:**

1. MY RIGHT ARM DISLOCATES FROM MY RIGHT SHOULDER. I'M IN A LOT OF PAIN. MY LEFT KNEE SWELLS FROM THE STAIRS AND GETTING UP TO THE TOP BUNK. ALSO I'M GETTING DIZZINESS AND HEADACHES AND FAINTING FROM THE SYST ON MY BRAIN. pLEASE MOVE ME TO A LOW BUNK AND LOWER CELL. i HAVE RHYITORY ARTHRITIC AND MY FEET SWELL UP WITH NO CIRCULATIONS. I NEED SHOES.

**HPI:**

-GENERAL :

Triage - Inmate requesting lower bunk/cell. Seen and addressed on 7/21/21. See requests and encounters.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 07/22/2021



**Electronically signed by Nanding Yamomo RN on 07/22/2021 at 04:25 PM PDT**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

07/21/2021                 **Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

### Chief Complaint
1. MY LEFT KNEE IS SWELLING FROM GOING UP AND DOWN
STAIRS. IM HAVING HEADACHES, DIZZINESS AND FAINTING. MY
RIGHT SHOULDER IS DISLOCATING AND IM IN ALOT OF PAIN.
IM SUPPOSE TO BE A LOWER BUNK AND LOWER CELL. WHY AM
I SUFFERING ON A TOP BUNK AND TOP CELL? PLEASE SWITCH
ME TO S SIDE IF 7 SIDE HAS NO LOWER CELLS AVAILABLE
PLEASE

### History of Present Illness
-GENERAL :
    0943: Seen IM in A7. He is requesting for a lower bunk/cell chrono.
He is complaining of chronic left knee pain and problem in vision. With
h/o surgery to left meniscus and unspecified visual field defect OU.
Claims d/t his visual problem and knee pain, he wants to get a lower
bunk/cell chrono. Will approve for lower bunk/cell and will update
ATIMs. No further complaints/request.

**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**



**Electronically signed by Rita Mananquil RN on 07/21/2021 at
01:56 PM PDT**

**Sign off status: Completed**

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE    07/21/2021
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE
ESTEBAN
**DOB:** 11/29/1981   **Age:** 39 Y   **Sex:**
Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Appointment Provider:** CHC CORRECTIONAL HEALTH
CARE

**Date:** 05/13/2021

---

**Subjective:**

**Chief Complaints:**
1. THE NEW MEDICATION MAKES ME NAUSES AND SICK.

**HPI:**

-GENERAL :

IM seen in the clinic, alert & oriented, ambulating in steady gait, speech clear. Claims new medication(gabapentin) made him sick & refused to take it anymore, claimed after the 1st dose he had heartburn, felt stabbing sensation & can't sleep for couple of days & claims never will he take it again, explained the benefits & what it was for still claimed he doesn't want it anymore, will consult with FNP, agreed with plan. Was requesting for naproxen as he claims he has RA & it helps him, IM already on naproxen, no further complaints/concerns. RTC, PRN.

**Objective:**

**Assessment:**

**Plan:**

**1. Others**
Notes: Consulted With FNP L. Holton- D/C Gabapentin.

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 05/13/2021



**Electronically signed by Ma Thea Lim RN on 05/13/2021 at 04:37 PM PDT**
**Sign off status: Completed**

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE                  **Appointment Provider:** CHC CORRECTIONAL HEALTH
ESTEBAN                                                                                                    CARE
**DOB:** 11/29/1981  **Age:** 39 Y  **Sex:**
Male                                                                                         **Date:** 05/11/2021
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. I HAVE A LOWER BUNK, LOWER FLOOR I NEED A SHOE CHRONO BECAUSE I HAVE
30% LESS IN MY LEFT KNEE AND I HAVE RHYMITORY ARTHITAS AND MY KNEES AND
FEET SWELL UP. MEDICALLY SHOES WOULD INCREASE MY BLOOD FLOW.. 2. 2. I SAW
THE NEUROLOGIST AND THEY PUT A SLIP IN FOR SUPPORT SHOES. I NEED SUPPORT
SHOES BECASUE OF THE HEADACHES AND DIZZINESS. DUE TO MY CUST AND
SWELLING AND FAINTING. I NEED SUPPORT SHOES TO HELP ME WITH THE BLOOD
FLOW AND HELP ME WALK..

**HPI:**
-GENERAL :
    Triage: Seen in I4, requesting shoe chrono r/t left knee arthritis and feet support because of
headaches and dizziness. Ambulates well with steady gait, A&O x3, speech clear, coherent, NAD.
Noted feet & knees, no swelling, no redness, no deformity, no recent surgery or hardware placement,
denies current pain and any other medical complaints and concern at this time. Advised request for
shoe chrono denied, doesn't met criteria, s/c rtc prn. Showed understanding and satisfaction.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 05/11/2021



**Electronically signed by Nanding Yamomo RN on 05/11/2021 at 02:36 PM PDT**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942 Booking: 20-11694
Facility Code: SOMJ Housing Area: AD/SEGA7
39 Y old Male, DOB: 11/29/1981
Account Number: 67042
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

03/08/2021                 Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint
1. THE ANTIBIOTICS ARE NOT WORKING. PUSS AND BLOOD ARE COMING OUT OF MY LEG. THE PAIN IS WORSE. I CAN'T LAY MY LEG STRAIGHT OR BEND IT. I WOULD LIKE TO SEE A DOCTOR OR GO TO THE EMERGENCY ROOM PLEASE. I CAN'T SLEEP WITH THE PAIN. THE PAIN MEDICATION DON'T WORK I'M IN A LOT OF PAIN. PLEASE HELP!!. 2. COURT ORDERS DEFENDANT TO BE SEEN BY JAIL MEDICAL. .

### History of Present Illness
-GENERAL :
    0909: Seen IM in A7. Claims the wound/absces to his right thigh has already improved. He states " there are still few discharges coming out but it's getting better." Dressing is dry and intact. No swelling and redenss noted on the surrounding tissue. Still on wound dressing change Q daily until healed. Afebrile. He is requesting if he can still get tylenol for pain. He is curently on Naproxen for his arthritsis. Informed him that this writer will consult provider of his request. IM agreeable with the plan. No further complaints/request.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.6 F | 03/08/2021 02:08:00 PM | Rita Mananquil RN |

### Treatment
1. Others
Notes: Consulted with FNP mendoza, R. and ordered:
tylenol 1 gm po BID x 5 days.

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

**Confirmatory sign off:**

Mendoza FNP-BC, Robyn 2021-03-08 15:13:20

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH CARE   03/08/2021
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically signed by Rita Mananquil RN on 03/08/2021 at 02:08 PM PST

Electronically co-signed by Robyn Mendoza FNP-BC on 03/08/2021 at 03:13 PM PDT

Sign off status: Completed

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**
**Tel: 209-468-4550**
**Fax: 209-468-4554**

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE    03/08/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

03/05/2021

### Appointment Provider: CHC CORRECTIONAL HEALTH CARE

**Chief Complaint**
1. THE ANTIBIOTICS ARE NOT WORKING. PUSS AND BLOOD ARE COMING OUT OF MY LEG. THE PAIN IS WORSE. I CAN'T LAY MY LEG STRAIGHT OR BEND IT. I WOULD LIKE TO SEE A DOCTOR OR GO TO THE EMERGENCY ROOM PLEASE. I CAN'T SLEEP WITH THE PAIN. THE PAIN MEDICATION DON'T WORK I'M IN A LOT OF PAIN. PLEASE HELP!!
2. COURT ORDERS DEFENDANT TO BE SEEN BY JAIL MEDICAL.

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**



**Electronically signed by CHC CORRECTIONAL HEALTH SERVICES on 03/31/2022 at 10:30 AM PDT**

**Sign off status: Pending**

SJC Main Jail
7000 Michael Canlis Blvd.
French Camp, CA 952319693
Tel: 209-468-4550
Fax: 209-468-4554

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE    03/05/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: AD/SEGA7**
**39 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA-95367**
**Appointment Facility: SJC Main Jail**

03/02/2021                    **Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

### Chief Complaint
1. Per Charolette place client in for triage due to letter recieved that stated " he has suffered a beating at the jail and is in need of medical attention.".

### History of Present Illness
-GENERAL :
   0928: Seen IM in A7. He is complaining of pain to his right thigh. Claims the naproxen is not enough for the pain. IM with abscess to his RU leg. Dressing change is done daily. Dressing is clean ,dry, and intact at this time. He is currently on oral antibiotic of clindamycin po and on Naproxen for pain for his arthritis. Informed him that this writer will consult provider of his complaint/request. IM agreeable with the plan. No further complaints/request.

### Treatment
**1. Others**
Notes: Consulted with FNP Backert, C. and orderedL:
Tylenol 1 gm po BID prn pain x 7 days.

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**



**Electronically signed by Rita Mananquil RN on 03/02/2021 at 03:18 PM PST**

**Sign off status: Completed**

---

**Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH CARE  03/02/2021**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** AD/SEGA7
**Patient:** CASAREZ, ENRIQUE ESTEBAN                    **Appointment Provider:** CHC CORRECTIONAL
**Account Number:** 67042                                                                  HEALTH CARE
**DOB:** 11/29/1981  **Age:** 39 Y  **Sex:** Male                                **Date:** 02/25/2021
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
   1. DOCTOR: I HAVE AN INFECTION IN MY RIGHT THIGH AND MY CYST IS HURTING.
I'M HAVING DIZZY SPELLS AND CAN NOT STAND FOR LONG! I'M IN GREAT PAIN..

**HPI:**
   -GENERAL :
   Triage - Inmate requesting to be seen for right thigh infection on 2/22/21 & 2/23/21. Seen and
addressed on 2/23/21 by Charge RN, set on ATB. See requests & encounters.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 02/25/2021



**Electronically signed by Nanding Yamomo RN on 02/25/2021 at 12:47 PM PST**
**Sign off status: Completed**

**Lar no:** 9512942 **Booking:** 20-11694
**Facility Code:** SOMJ **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE
ESTEBAN
**DOB:** 11/29/1981 **Age:** 39 Y **Sex:**
Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Appointment Provider:** CHC CORRECTIONAL HEALTH
CARE

**Date:** 02/23/2021

## Subjective:

### Chief Complaints:
1. Pain Upper Right Lateral thigh.

## Objective:

### Vitals:

| BP | | |
|---|---|---|
| 149/89 mm Hg | 02/23/2021 06:38:23 PM | Felipe Cantillep RN |
| **HR** | | |
| 96 /min | 02/23/2021 06:38:23 PM | Felipe Cantillep RN |
| **RR** | | |
| 18 /min | 02/23/2021 06:38:23 PM | Felipe Cantillep RN |
| **Temp** | | |
| 98.3 F | 02/23/2021 06:38:23 PM | Felipe Cantillep RN |
| **Oxygen sat %** | | |
| 100 | 02/23/2021 06:38:23 PM | Felipe Cantillep RN |

## Assessment:

### Assessment:
IM was seen at the clinic, he was up and about in the unit, A/O X 4, ambulating slow but with steady gait. Verbalized that, "My right leg is hurting and I can't sleep at night". He added that " I tore a muscle". Upon inspection of his right lower extremity, it was noted that he had a swelling on his right upper thigh, lateral side of approximately 12 cm in circumference. area was tender to touch, the surrounding skin was red with about 4-5 cm purple skin discoloration on the inner side. IM denies of any trauma to affected side or any known insect bite. Dr Grewal was notified at 1750 and IM was set on Keflex 500 mg PO TID X 7 days. No other complaints presented, stressed KITE and sick call process, advised to return to clinic PRN.

## Plan:

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 02/23/2021



**Electronically signed by Felipe Cantillep RN on 02/23/2021 at 06:48 PM PST**
**Sign off status: Completed**

**Addendum:**
02/23/2021 07:05 PM Cantillep RN, Felipe A > Provided cold pack to apply to affected area.
02/23/2021 07:15 PM Cantillep RN, Felipe A > IM was already set on Bactrim, Keflex was discontinued.

**Progress Notes**

**Lar no:** 9512942 **Booking:** 20-11694
**Facility Code:** SOMJ **Housing**
**Area:** AD/SEGA7
**Patient:** CASAREZ, ENRIQUE ESTEBAN
**Account Number:** 67042
**DOB:** 11/29/1981 **Age:** 39 Y **Sex:** Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Appointment Provider:** CHC CORRECTIONAL
HEALTH CARE
**Date:** 01/26/2021

---

**Subjective:**

**Chief Complaints:**
1. CAN I GET MY PROTAGE CHECK I FEEL BUMPS AROUND MY RIM THANK YOU.

**HPI:**
-GENERAL :
'Triage - Seen in A7 for request of prostate check. Claims did not put any requests for medical and no prostate or any medical problem. Says " Somebody put it for me ". Advised to s/c rtc prn. Showed understanding and satisfaction.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN **DOB:** 11/29/1981 **Date:** 01/26/2021



**Electronically signed by Nanding Yamomo RN on 01/26/2021 at 11:03 AM PST**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

12/15/2020    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint

1. IM IN PAIN AT NIGHT. THE COLD AIR HURTS MY KNEES AND IM IN PAIN WHEN I WALK. 30 PERCENT OF MY MINISCUS WAS TAKEN OUT. IT HURT WHEN I WALK UP AND DOWN THE STAIRS. I HAD SURGERY ON MY LEFT KNEE. I WULD LIKE TO CONTINUE THE PAIN MEDICATION AND BE MOVED TO A LOWER LOWER BUNK DOWN STAIRS PLEASE. THE PAINHURTS FROM ALL THE PRESSURE WALKING UP AND DOWN THE STAIRS PLEASE. THE PRESSURE IN MY BRAIN HURTS AND I HAVE HEADACHES ON THE LEFT SIDE WHERE MY CYST IS IN MY BRAIN. I WAS TOLD I HAVE A NEROLOGIST APPOINTMENT. ITS HARD TO SLEEP. I WOULD LIKE TO SEE THE NEROLOGIST PLEASE. I HAVE REHIMITORY ARTHITIS. IM IN PAIN IN BOTH MYKNEES AND HIPS. I WOULD LIKE PAIN MEDICATION TO HELP STOP THE ACKS AND PAIN PLEASE..

2. IM HAVING DIZZY SPELLS AND HEADACHES AND MY CYST IN MY BRAIN IS IN PAIN IM HURTING AND HAVING FAINT SPELLS. I NEED TO SEE A NEROLOGIST PLEASE.

3. MY HIP POPS OUT OF JOINT IM IN PAIN. I NEED PAIN MEDICATION PLEASE I HAVE REHMITORTY ARTHITUS AND I HAVE 30 PERCENT OF MY MINSCUS TAKEN OUT OF MY LEFT KNEE FROM SURGERY. IT HURTS AND IM IN PAIN. I NEED PAIN MEDICATION AND NEED TO SEE THE DOCTOR PLEASE.

### History of Present Illness

-GENERAL :

0944: Seen IM in U3 clinic. He is requesting for a medication for his arthritis. He states " I have an arthritis and the medication you are giving me keeps on expiring. I need to take it continously. It was very helpful.' IM complaints of pain and swelling to his left knee. Examined his left knee, (+) mild swelling, no redness. Informed him, that this writer will consult provider of his medical issue and request. IM okay with the plan. He also claims that he is already on a lower bunk/cell. No further complaints/request.

### Treatment

**1. Others**

Notes: Consulted with FNP Holton, L. and ordered Naproxen 375mg po BID prn pain x 60 days with crackers.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE   12/15/2020
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**



**Electronically signed by Rita Mananquil RN on 12/15/2020 at 01:49 PM PST**

**Sign off status: Completed**

---

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**
**Tel: 209-468-4550**
**Fax: 209-468-4554**

---

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE    12/15/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

12/08/2020                         Appointment Provider: CHC CORRECTIONAL HEALTH CARE

**Chief Complaint**
1. IM IN PAIN AT NIGHT. THE COLD AIR HURTS MY KNEES AND
IM IN PAIN WHEN I WALK. 30 PERCENT OF MY MINISCUS WAS
TAKEN OUT. IT HURT WHEN I WALK UP AND DOWN THE STAIRS.
I HAD SURGERY ON MY LEFT KNEE. I WULD LIKE TO CONTINUE
THE PAIN MEDICATION AND BE MOVED TO A LOWER LOWER
BUNK DOWN STAIRS PLEASE. THE PAINHURTS FROM ALL THE
PRESSURE WALKING UP AND DOWN THE STAIRS PLEASE. THE
PRESSURE IN MY BRAIN HURTS AND I HAVE HEADACHES ON
THE LEFT SIDE WHERE MY CYST IS IN MY BRAIN. I WAS TOLD I
HAVE A NEROLOGIST APPOINTMENT. ITS HARD TO SLEEP. I
WOULD LIKE TO SEE THE NEROLOGIST PLEASE. I HAVE
REHIMITORY ARTHITIS. IM IN PAIN IN BOTH MYKNEES AND
HIPS. I WOULD LIKE PAIN MEDICATION TO HELP STOP THE
ACKS AND PAIN PLEASE.

**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**



**Electronically signed by CHC CORRECTIONAL HEALTH
SERVICES on 03/31/2022 at 10:30 AM PDT**

**Sign off status: Pending**

---

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE   12/08/2020
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** MAINU3
**Patient:** CASAREZ, ENRIQUE ESTEBAN        **Appointment Provider:** CHC CORRECTIONAL
**Account Number:** 67042                                                        HEALTH CARE
**DOB:** 11/29/1981  **Age:** 38 Y  **Sex:** Male        **Date:** 11/20/2020
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. IM IN PAIN. I HAVE 30 PERCENT OF MY MINISCUS TAKEN OUT OF MY KNEE. I NEED PAIN MEDICATION. I NEED TO SEE THE NURSEPLEASE. I HAVE RYHIMIONRY ARTHRITIS. AND THE COLD AIR GIVES ME PAIN. I WOULD LIKE A SECOND BLANKET PLEASE..

**HPI:**
-GENERAL :
Triage - Seen in U5 requesting Naproxen refill for chronic rheumathoid arthritis pain. Noted ambulates well with steady gait, NAD, A&OX4, speaks with full sentence, calm and pleasant. Reports history of RA given Naproxen and was effective, denies any other medical problem and concern. Advised will refill Naproxen 375mg po bid prn pain x 5 days, s/c rtc prn. Showed understanding and satisfaction.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 11/20/2020



**Electronically signed by Nanding Yamomo RN on 11/20/2020 at 11:04 AM PST**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
38 Y old  Male, DOB: 11/29/1981
Account Number: 67042
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

11/11/2020                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

### Chief Complaint

1. IM HAVING FAINTING AND DIZZINESS. I HAVE HEADACHES
AND BLURRY VISION. I FEEL PRESSURE ON THE LEFT SIDE OF
MY BRAIN WHERE MY CYST IS. IT HURTS ALL OVER THE LEFT
SIDE OF MY BRAIN. I FEEL SO MUCH PRESSURE EVER DAY
WAKING UP. ITS HARD TO OPEN MY EYES. IM WAITING ON MY
MEDICAL RECORDS FROM THE DOCTOR. THE COLD AIR
VENTALATING THREW THE VENTS MAKES MY ARTHRITIS
HURT. IVE HAD SURGERY ON MY LEFT KNEE AND 30 PERCENT
WAS TAKEN OUT OF MY MINISCUS. SO I NEED A WARMER
BLANKET PLEASE OR EXTRA BLANKET PLEASE. I AM OUT OF
PAIN MEDICATION. I NEED PAIN MEDICATION FOR MY
ARTHRITIUS. I HAVE 30 PERCENT OF MY MINISCUS TAKEN OUT
OF MY KNEE. IM IN PAIN. I WAS TOLD IT WOULD NOT STOP. I
HAVE REMINTORY ARTHRITIUS. PLEASE.

### History of Present Illness

-GENERAL :

0924: Seen IM in U3 clinic. He is compalining of blurry vison to his
left eye and intermittent bearable HA. No facial grimacing, does not
appear to be in pain at this time.Denies N/V, dizziness. Informed him
of his pending eye clinic and neurology clinic appt. He verb.
understanding. He is also complaining of pain to his left knee. IM with
h/o rhematoid arthritis. He is requesting for Naproxen renewal. Will
renew Naproxen per SP. Examined his left knee, no swelling, no
redness. No further complaints/request.

**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**



---

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE   11/11/2020
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

**Electronically signed by Rita Mananquil RN on 11/11/2020 at 02:37 PM PST**

**Sign off status: Completed**

---

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**
**Tel: 209-468-4550**
**Fax: 209-468-4554**

---

**Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Progress Note: CHC CORRECTIONAL HEALTH CARE   11/11/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** MAINU3
**Patient:** CASAREZ, ENRIQUE ESTEBAN          **Appointment Provider:** CHC CORRECTIONAL
**Account Number:** 67042                                                        HEALTH CARE
**DOB:** 11/29/1981  **Age:** 38 Y  **Sex:** Male                          **Date:** 10/30/2020
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

### Subjective:

#### Chief Complaints:
1. I FEEL PAIN ON THE LEFT SIDE OF MY HEAD IN MY BRAIN. IT HURTS SO BAD. THE
PRESSURE MAKES MY VISION BLURY AND EYE HURT. IT GIVES ME A SHARP PAIN ON
MY LEFT SIDE OF MY BRAIN. I FEEL ALL THE PAIN WHERE MY CYST IS IN MY BRAIN.
IT HURTS SO TERRIBLY BAD..

#### HPI:
-GENERAL :
    Triage - Seen in U3 requesting referral to UC Davis d/t continue having pressure left side of brain
r/t cyst found few years ago. Came to clinic ambulates well with steady gait, NAD, A&OX4, speaks
with full sentence, answers questions apprpriately, no grimace. Denies current pain or headache, no
dizziness, no blerru vision. V/S WNL. Advised currently on pending neuro clinic appointment, s/c rtc
prn. Showed understanding and satisfaction.

### Objective:
**Vitals:**

| BP | | |
|---|---|---|
| 132/78 mm Hg | 10/30/2020 02:45:21 PM | Nanding Yamomo RN |
| **HR** | | |
| 65 /min | 10/30/2020 02:45:21 PM | Nanding Yamomo RN |
| **RR** | | |
| 17 /min | 10/30/2020 02:45:21 PM | Nanding Yamomo RN |
| **Temp** | | |
| 97.8 F | 10/30/2020 02:45:21 PM | Nanding Yamomo RN |
| **Oxygen sat %** | | |
| 100 | 10/30/2020 02:45:21 PM | Nanding Yamomo RN |

### Assessment:

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 10/30/2020



**Electronically signed by Nanding Yamomo RN on 10/30/2020 at 02:45 PM PDT**
**Sign off status: Completed**

**Progress Note**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing Area:** MAINU3
**Patient:** CASAREZ, ENRIQUE ESTEBAN
**DOB:** 11/29/1981  **Age:** 38 Y  **Sex:** Male                    **Provider:** Mohsen Saadat
**Phone:**                                                             **Date:** 10/23/2020
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**
  **Chief Complaints:**
    1. FLU VACCINE.

**Objective:**

**Assessment:**

**Plan:**
  **Immunizations:**
    INFLUENZA (STATE) : 0.5 mL (Dose No:1) given by Charlotte Reyes RN on Left Deltoid


**Provider:** Mohsen Saadat
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 10/23/2020




**Electronically signed by Ma Thea Lim RN on 10/23/2020 at 07:07 PM PDT**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
38 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
**Appointment Facility: SJC Main Jail**

10/23/2020                **Appointment Provider: CHC CORRECTIONAL HEALTH CARE**

### Chief Complaint
1. MY KNEE IS IN PAIN WHEN I WALK PLEASE GIVE STONGER
PAIN MEDICATION. MY KNEES ARE IN PAIN. BECAUSE I HAVE
RHEMITORY ARTHRITIUS. CAN I HAVE A SECOND BLANKET
PLEASE? OR STRONGER PAIN MEDICATION? THE WEATHER
INCREASES THE PAIN.

### History of Present Illness
-GENERAL :
    Triage discontinued. Issue was already addressed on 10-20-2020
by FNP. This request was made on 10-19-2020.


**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**




**Electronically signed by Rita Mananquil RN on 10/23/2020 at
03:25 PM PDT**

**Sign off status: Completed**

---

**SJC Main Jail**
**7000 Michael Canlis Blvd.**
**French Camp, CA 952319693**

---

**Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE   10/23/2020**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE
ESTEBAN
**Account Number:** 67042
**DOB:** 11/29/1981   **Age:** 38 Y   **Sex:**
Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Appointment Provider:** CHC CORRECTIONAL HEALTH
CARE

**Date:** 10/20/2020

---

### Subjective:

**Chief Complaints:**
1. MEDICAL/PSYIC- I COULD NOT HANDLE THE HEADACHES. I FEEL PRESSURE IN MY
BRAIN WHERE MY SYST IS . I ASKED FOR THE NURSE BUT NO ONE WAS CALLED. THE
VOICES ARE LOUD AND THE C.O. WOULD NOT GIVE OUT GREEN TABLETS TODAY MY
BRAIN FEELS LIKE IT IS DWELLED UP AND H.

**HPI:**
-GENERAL :
38 y/o hisp male with hx of an arachnoid cyst and mental health concerns. He is being seen on s/c
today for complaint of keen pain. His original request mentioned headaches but he states that he spoke
with mental health staff about those. He reports that he is having knee pain and Celebrex is not
working. He states " I take Percocet at home." He is requesting a change in medication. He denies any
other concerns at this time. He denies headache, chest pain, dizziness.

### Objective:

**Examination:**
-General Examination:
General: NAD, well appearing, calm
Eyes: PERRLA
Mouth: Moist mucus membranes
Resp: even and unlabored
Skin: Warm/appropriate for ethnicity/dry
Neuro: A & O x 3, CNII- CN XII intact.

### Assessment:

**Assessment:**
1. Pain in unspecified knee - M25.569 (Primary)

### Plan:

**1. Pain in unspecified knee**
Notes: 1. D/C Celebrex start Naproxen 500 mg PO BID x 21 days
2. F/U PRN.

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 10/20/2020

*L. Holton, FNP-C*

**Electronically signed by Lakisha Holton, FNP on 10/20/2020 at 01:11 PM PDT**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INTI4
38 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

10/15/2020                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

## Chief Complaint
1. Please get ROI signed from pt. to release records to San Joaquin
General for pending neurology appointment

## History of Present Illness
Medical:
    16:20 - pt seen in clinic, ROI signed for upcoming neurological
appointment.

**Appointment Provider: CHC CORRECTIONAL HEALTH
CARE**



**Electronically signed by Victoria Looney RN, ANDM on
10/15/2020 at 04:29 PM PDT**

**Sign off status: Completed**

SJC Main Jail
7000 Michael Canlis Blvd.
French Camp, CA 952319693
Tel: 209-468-4550
Fax: 209-468-4554

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH
CARE    10/15/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INTI4
38 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

---

10/14/2020                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

**Chief Complaint**
1. DOCOTR - IM HAVING MAJOR HEADACHES ON THE LEFT SIDE OF MY BRAIN WHERE MY CYST IS AND ITS PAINFUL. IT HURTS MY EYES AND VISION. I HAVE TO PUT PRESSURE AGAINST IT. IT HURTS SO BAD. THEY ORDERED RECORDS FROM MY DOCTOR AND REFERAL TO HAVE SURGERY TO REMOVE MY CYST. I WOULD·LIKE TO CHECK ON MY REFERAL TO REMOVE MY CYST IN MY BRAIN. IT HURTS SO BAD PLEASE. DOCTOR - MY KNEES ARE HURTING SO BAD. THE COLD MAKES IT HARD FOR ME TO GET OUT OF BED. I HAD SURGERY ON MY LEFT KNEE AND HAVE 30% LESS M? IN MY KNEE IT HURTS SO BAD BECAUSE OF MY ARTHIREST MY KNEE POPS AND ACHES. CAN I GET AN EXTRA BLACKET AND BETTER PAIN MEDICATION PLEASE..

**History of Present Illness**
-GENERAL :
    0830: Seen IM in I4 clinic. He is complaining of HA to his left side of his head. He describes the pain as pressure like HA to left side of his temporal area to his left eye. Reports with h/o brain cyst (left side) diagnosed a year ago. Claims he was Seeing Dr. Blu at Family Medical Group in Celeste Ave, Modesto Ca. He stated " That doctor was the one who referred me to a specialist for brain and he also has all my medical records. He referred me initially to Memomorial Medical Center and I was supposed to have my surgery done for the removal of cyst but I got arrested." He also reports that he has a pending referral to Sacramento for a second opinion. No redness/discoloration, no swelling to his left side of head noted at this time. Denies N/V, blurry vision, severe HA. He ambulates with steady gait. Informed him that his·medical records are still pending. VSS. Explained to him the process once his records are available. He verb. understanding. He is also complaining of left knee pain. Claims with h/o rheumatoid arthritis, was told with 30% less meniscus and underwent left knee surgery in 2018. Examined his left knee, (+) mild swelling, no redness. Claims used to take percocet for pain. He is requesting if he can get any kind of pain medicine to help control the symptom if Percocet will not be given here. Informed him will consult provider of his medical issue/concern. IM okay with the treatment plan. Advised sick call prn. He verb. understanding. No further complaints/request.

**Vital Signs**

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE  10/14/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

| BP | | |
|---|---|---|
| 136/81 mm Hg | 10/14/2020 12:19:52 PM | Rita Mananquil RN |
| **HR** | | |
| 61 /min | 10/14/2020 12:19:52 PM | Rita Mananquil RN |
| **RR** | | |
| 16 /min | 10/14/2020 12:19:53 PM | Rita Mananquil RN |
| **Temp** | | |
| 97.6 F | 10/14/2020 12:19:53 PM | Rita Mananquil RN |
| **Oxygen sat %** | | |
| 100 | 10/14/2020 12:19:53 PM | Rita Mananquil RN |

**Treatment**
**1. Others**
Notes: Consulted with FNP Backert, C. and ordered:
Celebrex 100mg po BID x 30 days.


**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**


**Confirmatory sign off:**

Backert FNP-C, Christel N 2020-10-15 15:07:27





**Electronically signed by Rita Mananquil RN on 10/14/2020 at 12:19 PM PDT**

**Electronically co-signed by Christel Backert FNP-C on 10/15/2020 at 03:07 PM PDT**

**Sign off status: Completed**

---

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE    10/14/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
38 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA-95367
Appointment Facility: SJC Main Jail

---

10/13/2020                    Appointment Provider: CHC CORRECTIONAL HEALTH CARE

## Chief Complaint

1. DOCOTR - IM HAVING MAJOR HEADACHES ON THE LEFT SIDE OF MY BRAIN WHERE MY CYST IS AND ITS PAINFUL. IT HURTS MY EYES AND VISION. I HAVE TO PUT PRESSURE AGAINST IT. IT HURTS SO BAD. THEY ORDERED RECORDS FROM MY DOCTOR AND REFERAL TO HAVE SURGERY TO REMOVE MY CYST. I WOULD LIKE TO CHECK ON MY REFERAL TO REMOVE MY CYST IN MY BRAIN. IT HURTS SO BAD PLEASE. DOCTOR - MY KNEES ARE HURTING SO BAD. THE COLD MAKES IT HARD FOR ME TO GET OUT OF BED. I HAD SURGERY ON MY LEFT KNEE AND HAVE 30% LESS M? IN MY KNEE IT HURTS SO BAD BECAUSE OF MY ARTHIREST MY KNEE POPS AND ACHES. CAN I GET AN EXTRA BLACKET AND BETTER PAIN MEDICATION PLEASE.

**Appointment Provider: CHC CORRECTIONAL HEALTH CARE**



**Electronically signed by CHC CORRECTIONAL HEALTH SERVICES on 03/31/2022 at 10:30 AM PDT**

**Sign off status: Pending**

---

SJC Main Jail

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981    Progress Note: CHC CORRECTIONAL HEALTH CARE   10/13/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.20.71.6:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounte...    3/31/2022

**Progress Notes**

**Lar no:** 9512942 **Booking:** 20-11694
**Facility Code:** SOMJ **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE                **Appointment Provider:** CHC CORRECTIONAL HEALTH
ESTEBAN                                                                               CARE
**DOB:** 11/29/1981 **Age:** 38 Y **Sex:**                                    **Date:** 10/06/2020
Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. DOCTOR - WHY WAS MY IBPROFINE STOPPED? MY SERCULATION OF BLOOD HAS
STOPPED FROM TIME TO TIME AND MY BODY IS HURTING FROM ALL MY ACHING IN
MY KNEES AND BACK. I HAVE REMITARY ARTHRITAS AND I'M IN PAIN. I NEED PAIN
MEDICATION PLEASE..

**HPI:**
-GENERAL :
Triage - Seen in I4. Inmate requesting pain medication refill for chronic back/knee pain. Claims
set on Motrin a week ago and was effective. Advised will refill Motrin 600mg po bid prn pain pc x 7
days, s/c rtc prn. Showed understanding and satisfaction.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN **DOB:** 11/29/1981 **Date:** 10/06/2020



**Electronically signed by Nanding Yamomo RN on 10/06/2020 at 11:36 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** INTI4
**Patient:** CASAREZ, ENRIQUE            **Appointment Provider:** CHC CORRECTIONAL HEALTH
ESTEBAN                                                                              CARE
**DOB:** 11/29/1981  **Age:** 38 Y  **Sex:**
Male                                                                        **Date:** 09/26/2020
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

**Subjective:**

**Chief Complaints:**
1. DOCTOR- I HAVE REMITORY ARTHRIUS AND MY HIP POPS OUT OF JOINT AND
PLACE. AND MY KNEE ON MY LEFT HAD SURGERY AND 30% OF MY MINISGUS IS GONE
SO I'M IN A LOT OF PAIN. I NEED PAIN MEDICATION PLEASE..

**HPI:**
-GENERAL :
   0733 Triage: c/o chronic pain due to hx of R. Arthitis, claimed he used to take Percocet outside,
ambulate well, no acute deformity, denies recent injury, agreed to have Motrin for pain, rtc prn.

**Objective:**

**Assessment:**

**Plan:**

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 09/26/2020



**Electronically signed by Charlotte Reyes RN on 09/26/2020 at 09:17 AM PDT**
**Sign off status: Completed**

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing**
**Area:** INTI4

**Patient:** CASAREZ, ENRIQUE            **Appointment Provider:** CHC CORRECTIONAL HEALTH

ESTEBAN                                                              CARE
**DOB:** 11/29/1981   **Age:** 38 Y   **Sex:**
Male                                                          **Date:** 09/24/2020
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

---

### Subjective:

**Chief Complaints:**
1. DOCTOR- I HAVE CYST IN MY BRAIN. I HAD A REFERAL FROM MY REWGULAR
DOCTOR TO HAVE SURGERY TO REMOVE IT. IIN SACRAMENTO BUT I'M IN JAIL. IT
HURTS I WOULD LIKE TO HAVE SURGERY TO HAVE IT REMOVCED AND REQUEST FOR
A DOCTOR TO REFER TO MREMOVE MY CYCST PLEASE.

**HPI:**
-GENERAL :
   Triage - Seen in I4 requesting referral for brain cyst surgery. Came to clinic ambulates well with
steady gait, NAD, A&OX4 speaks with full sentence, denies H/A, dizziness, blurry vision, CP, SOB
and N/V. Report under PCM Dr. Bluvinsky from Family practice clinic in Modesto, was told needed
for brain cyst surgery few mons ago but never f/u d/t encarceration. ROI signed. Denies any other
medical problem and concern. Advised will get records, to s/c rtc prn. Showed understanding and
satisfaction.

### Objective:

### Assessment:

### Plan:

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 09/24/2020



**Electronically signed by Nanding Yamomo RN on 09/24/2020 at 01:14 PM PDT**
**Sign off status: Completed**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
40 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

**Answered by**    Danielson RN, Janice

Date: 02/03/2022
Time: 05:57 PM

**Reason**    Follow up to AM visit

## Chief Complaint
1. Follow up to AM visit

## Examination
-General Examination:
   16:50 Seen at cell for follow up. Ambulated to door, states headache and dizziness decreased. Denies nausea/emesis at this time. Was given zofran earlier. Requesting pain medication, will be given naproxen. Fluids encouraged.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   02/03/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942 Booking: 20-11694
Facility Code: SOMJ Housing Area: AD/SEGA7
40 Y old Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: Backert FNP-C, Christel N

**Telephone Encounter**

**Answered by**     Backert FNP-C, Christel N

Date: 02/03/2022
Time: 02:21 PM

**Reason**     Called by charge nurse Mary to A7

**Message**     I was called to evaluate the inmate who stated he is so dizzy he can't even open his eyes, and that he has a headache. He states he feels nauseated and needed to lean on something so used a rolling garbage can as a walker. He was uncooperative during exam stating "i can't", He described his symptoms as not spinning but like a fade to black and that he laid down on his bed and "blacked out" earlier. He states his head hurts, his bones hurt, and he states this happenes when is cold and he states it is because he is housed where he is. He wants to be in PODS but bow he can't because he was jumped by some "CO's and inmates". The patient admits to this being the same feeling he has had previously and would like to be transferred to medical. He further states his arachnoid cyst was enlarged by the beating he recieved and is causing rheumaoid arthritis. attempted PEARLA but patient would not allow light shining into eyes long enough to evaluate.
He was given 1 gm tylenol and will be given Zofran and evaluated a little later by the next shift charge nurse.
On returning to review the patient file. I wasn unable to find anything about reumatoid arthritis documented. The last neurology appointment 1/2022 stated that they did not think his symptoms were coming from the cyst and that no surgical intervention was needed at this time. He has also had cardiac work ups with no significant arrythmias found and normal echo found. At this time, we will treat the symptoms he is complaining of. He wants his housing to be different but there is no reason to send him to Medical currently. He is cleared to stay in Adseg and I will have the next charge nurse re-evaluate after Zofran.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: Backert FNP-C, Christel N   02/03/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
40 Y  old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone
Encounter**

**Answered by**    Cendana RN, Mary M

Date: 02/03/2022
Time: 01:54 PM

**Reason**    CN call from A7 for IP who claims he passed out

## Chief Complaint
1. CN call from A7 for IP who claims he passed out

## History of Present Illness
-GENERAL :
    1330-Seen IP in A7 clinic, used trash can when he walked to the clinic. Per CO Hughes, he did not see IP
passed out/IP stopped him durin rounds. A/Ox4, color good, skin dry and warm to touch, respiration non-
labored, speaking full sentences with clear speech. IP reported he is dizzy, headache, and passed out in his cell.
Reported the cold air in his cell makes his headache and dizziness worst. Requesting to move him to another
housing that is warmer. Claims he has cyst in his brain, refused pupil exam, tongue midline and wet. IP is
somewhat uncooperative with assessment at this time. BP check. BP-128/92 P-88 T- 97.7 O2 sat 98%, BS- 96.
Unable to give urine for chem 10. Referred to FNP C. Backert, will come to see IP.
    1345-FNP C. Backert in clinic to see IP.
    1348-tylenol 1 gm po given x 1 dose per FNP order. IP OK to stay in the unit per FNP.

## Allergies/Intolerance
N.K.D.A.

## Labs
Lab: FSBS
Blood Sugar                                    96

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH
SERVICES, CHC    02/03/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: AD/SEGA7**
**40 Y old Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Agrippino RN, Alyssa | Date: 01/15/2022 |
| | | Time: 08:12 AM |

**Reason**    Neuro surg report

**Message**    IM seen in neuro surg clinic 1/7/22. MRI showed arachnoid cyst, EEG was normal, IM to continue on keppra. to have normal peripheral neuropathy work up. B-12, folic acid, ESR, ANA, HA1C, ferritin, TSH. No need for removal of the arachnoid cyst. Return to clinic in 3 months.

**Chief Complaint**
1. Neuro surg report

**Treatment**
**1. Others**
Referral To:CLINIC SPECIAL CARE    Neurosurgery
Reason:hx of arachnoid cyst. Return to neuro surg clinic in 3 months per notes dated 1/7/22

**Labs**
Lab: Ferritin
Lab: Folic Acid
Lab: TSH
Lab: Vitamin B-12
Lab: Hemoglobin A1c
Lab: ESR

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH SERVICES, CHC   01/15/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Lar no:** 9512942  **Booking:** 20-11694

**Facility Code:** SOMJ  **Housing**



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEG A7
39 Y old Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: Saadat DO, Mohsen

**Telephone
Encounter**

**Answered by**    Reyes RN, Charlotte

Date: 10/16/2021
Time: 04:07 PM

**Reason**    Influenza Vaccine

## Chief Complaint
1. Influenza Vaccine

**Immunization**
INFLUENZA (STATE) : 0.5 mL (Dose No:1) given by Charlotte Reyes RN on Left Deltoid

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: Saadat DO, Mohsen   10/16/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

---

**Telephone
Encounter**

**Answered by**     Singh RN, Amrit                                    Date: 10/04/2021
                                                                       Time: 10:35 PM

**Reason**          Cardiology Visit 10/4/21

**Message**         Per Cardiology Visit report 10/4/21, Dizziness not cardiac related. Normal LV function and no
                    arrhythmia on 7 day Holter monitor. F/U PRN.

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   10/04/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: AD/SEGA7**
**39 Y old Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

**Telephone**
**Encounter**

**Answered by**    Mananquil RN, Rita                                            Date: 07/19/2021
                                                                                Time: 01:57 PM

**Reason**    Zeiter Eye Clinic Report

---

## Chief Complaint
1. Zeiter Eye Clinic Report

## History of Present Illness
-GENERAL :
    Received Zeiter Eye Clinic Report from last visit on 7-16-21. DX: Unspecified visual field defects OU. RTC 6 months repeat HVF.

## Treatment
**1. Others**
Referral To: ZEITER EYE    Ophthalmology
Reason:h/o: Unspecified visual field defects OU. RTC 6 months repeat HVF. Last visit on 7-16-21.

---

**Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH**
**SERVICES, CHC    07/19/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

**Answered by**    Danielson RN, Janice

Date: 06/09/2021
Time: 05:08 PM

**Reason**    Neurology clinic reportd dated 5/8/21

**Chief Complaint**
1. Neurology clinic reportd dated 5/8/21

**History of Present Illness**
-GENERAL :
   Per report has left temporal arachnoid cyst,, looks stable and does not need surgical intervention. See opthamologist for continued vision problems. Follow up as needed.

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH
SERVICES, CHC   06/09/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: Saadat DO, Mohsen

**Telephone Encounter**

| **Answered by** | Sandhu PHS-RN, Sukhwinder | Date: 05/17/2021 |
| | | Time: 01:43 PM |

**Reason**        Covid Test- 05/25/2021

## Chief Complaint
1. Covid Test- 05/25/2021

### Labs
<u>Lab: COVID-19 SCREEN</u>
<u>Lab: APTIMA SARS-COV-2</u>
APTIMA SARS-COV-2                     NOT DETECTED        NOT DETECTED -
    eclinicalworks, support 05/24/2021 03:50:04 : This order was created by the Interface.

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: Saadat DO, Mohsen    05/17/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INTI4
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

**Answered by**   Cendana RN, Mary M

Date: 05/10/2021
Time: 11:57 AM

**Reason**   Neurosurgery clinic report 5-7-21

### Chief Complaint
1. Neurosurgery clinic report 5-7-21

### History of Present Illness
-GENERAL :

Per notes: Recommend follow-up with neurosurgery for possible removal of the arachnoid cyst, cardiac work up for syncopy since not consistent with seizure, unclear, RTC in 3 months and Gabapentin 300mg po Q HS for head pain. Consulted with FNP C. Backert, Advised to refer to cardio clinic and Gabapentin x 90 days. All referral done. Med set.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   05/10/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INT14
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone
Encounter**

| | | |
|---|---|---|
| **Answered by** | Mananquil RN, Rita | Date: 04/20/2021<br>Time: 07:25 AM |
| **Reason** | Zeiter eye report- RX | |

**Chief Complaint**
1. Zeiter eye report- RX

**History of Present Illness**
-GENERAL :
   RX copy sent to property. F/U appt in 3 mos. placed.

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH
SERVICES, CHC  04/20/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: INT14**
**39 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

---

**Telephone**
**Encounter**

**Answered by**    Agrippino RN, Alyssa                                Date: 04/06/2021
                                                                      Time: 02:26 PM

**Reason**    EEG

**Message**    Received EEG report from appt dated 4/1/21. Impression normal, no epileptiform or other focal
abnormalities were present during recording.

---

**Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH**
**SERVICES, CHC    04/06/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: INTI4**
**39 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

---

**Telephone Encounter**

**Answered by**    Agrippino RN, Alyssa

Date: 04/02/2021
Time: 02:27 PM

**Reason**    neurology appt

**Message**    Seen at neurology 4/1/21, report pending.

---

---

**Chief Complaint**

1. Neurology appt

---

**Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH SERVICES, CHC    04/02/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 2:22-cv-01115-KJM-DB    Document 1    Filed 06/28/22    Page 85 of 155



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942 Booking: 20-11694**
**Facility Code: SOMJ Housing Area: INTI4**
**39 Y old Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

---

**Telephone**
**Encounter**

**Answered by**    Danielson RN, Janice

Date: 03/26/2021
Time: 08:57 PM

**Reason**    Per signed referral dated 3/26/21 MRI brain done on 3/26/21, report pending.

---

**Chief Complaint**
1. Per signed referral dated 3/26/21 MRI brain done on 3/26/21, report pending.

---

**Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH**
**SERVICES, CHC   03/26/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INT14
39 Y old Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: Saadat DO, Mohsen

**Telephone Encounter**

**Answered by**    Calica LVN, Teffany

Date: 03/19/2021
Time: 12:44 PM

**Reason**    Covid 19 Vaccine

## Chief Complaint
1. Covid 19 Vaccine

## Immunization
COVID-Janssen : 0.5 mL (Dose No:1) given by Nanding Yamomo RN on Left Deltoid

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: Saadat DO, Mohsen   03/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

---

**Telephone Encounter**

**Answered by**    Singh RN, Amrit                                                  Date: 03/08/2021
                                                                                    Time: 12:56 PM

**Reason**    Neurology report 3/8/21

**Message**    Per Neurology report 3/8/21, Ordered MRI brain with and without gadolinium, EEG to r/o seizure, started on keppra 500 mg po bid x 30 days. Ordered Vitamin B12, Folic acid, ESR, ANA, hemoglobin A1c, ferritin, and TSH. Afterwards f/u with neurosurgery.

---

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH
SERVICES, CHC   03/08/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lar no:** 9512942  **Booking:** 20-11694
**Facility Code:** SOMJ  **Housing Area:**
**Patient:** CASAREZ, ENRIQUE
ESTEBAN
**DOB:** 11/29/1981  **Age:** 38 Y  **Sex:**
Male
**Phone:**
**Address:** 6130 CROSSROADS DR , RIVERBANK, CA-95367

**Appointment Provider:** CHC CORRECTIONAL HEALTH
CARE

**Date:** 08/15/2020

**Subjective:**

**Chief Complaints:**

**HPI:**
Health Screening (Booking):
Symptoms:
Translator Needed? *No*

1. Heart Disease, Chest Pain, or Hypertension? *No*

2. Tuberculosis (+TB test), cough lasting more than 3 weeks, coughing up blood, or shortness of breath, weight loss, fever, or night sweats? *No*

3. Diabetes? *No*

4. Seizures? *No*

5. HIV/AIDS or think you may have an STD? *No*

6. Hepatitis or yellow jaundice? *No*

7. Discharge from lungs, nose, ears, or genitals? *No*

8. Do you use drugs or alcohol regularly? Do you have a history of withdrawals/DT's? *No*

9. Do you have a contagious disease (Measles, Mumps, Herpes, Scabies) or have you been in contact with anyone with a communicable disease? *Yes*

Notes:  *claims being dx couples yrs ago on medication but stop taking 2 weeks ago. cvs pharmacy called to verified medication roi faxed, no medication for herpes was found.*

10. Are you taking any medications? *Yes*

Notes:  *percocet*

11. Are you allergic to any medications? *No*

12. Do you have any other medical conditions? *Yes*

Notes:  *claims hx of reumatoid arthritis on pain medication, per cvs pharmacy he his on percocet. last dose he took has being more than a 1 wk ago. no further action is need at this time.*

13. Is there any possibility you could be pregnant? *No*

14. Do you have any mental health conditions and/or developmental disabilities? *No*

15. Have you ever attempted suicide? *No*

16. Are you thinking about suicide now? *No*

18. Eyes are normal with no icterus (yellow), or discharge? *Yes*

19. Mouth is normal with no lesions of lips or mouth? *Yes*

20. Skin color is normal with no rashes, sores or jaundice? *Yes*

Inmate is cleared for kitchen work (pending PPD/CXR results) *Yes*

Additional Notes:  *claims his uncle was DX with covid -19 2 weeks ago but he has not being in contacted with him, denies coughing, chills, n/v. no sob was observed. report Hx of cyst on the left temporal no in any specific treatment at this time. ROI signed for memorial. claims taking Xanax for anxiety, 2 mg. last dose was 3 to 4 days ago. no further action is needed at this time.*

**Allergies:** N.K.D.A.

**Objective:**

**Vitals:**

| BP | | |
|---|---|---|
| 131/91 mm Hg | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |
| **HR** | | |
| 58 /min | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |
| **RR** | | |
| 20 /min | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |
| **Temp** | | |
| 98.3 F | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |
| **Oxygen sat %** | | |
| 100% | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |
| **Wt** | | |
| 192 lbs | 08/15/2020 11:02:38 PM | Aleyda Aragon, LVN |

**Assessment:**

**Plan:**

  **Labs:**
    Lab: PPD SKIN TEST

**Appointment Provider:** CHC CORRECTIONAL HEALTH CARE
**Patient:** CASAREZ, ENRIQUE ESTEBAN  **DOB:** 11/29/1981  **Date:** 08/15/2020

**Confirmatory sign off:**
  Agrippino RN, Alyssa 2020-08-16 15:17:53



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

**Answered by**    Cendana RN, Mary M

Date: 02/26/2021
Time: 12:50 PM

**Reason**    Complain of of antibiotic not working on his bug bite in his leg

## Chief Complaint
1. Complain of of antibiotic not working on his bug bite in his leg

## History of Present Illness
-GENERAL :
  1158-Followed-up inmate in A7 due to report by clinician Jackie that inmate claims he has bug bit that is bleeding and has pus. Inmate was seen already for this and already on Bactrim DS.
  Ambulated to clinic with limp, used chair to ambulate to the clinic. Noted hard bump on right outer lateral thigh about 4cm x 4 cm, with about 1cm open wound at the center. No drainage , warmth normal, no redness, no streak marks, no swelling of surrounding areas or swelling of leg. Denies fever or chills. Claims the antibiotic is not working and requesting for additional Naprosyn in the morning, taking only Naprosyn at night time. T-98.8. Cleaned wound with NS then covered with dry dressing. Advised a medical staff will change his dressing daily until healed. Advised to apply warm compresses multiple times a day. This writer will notify provider. Voiced understanding and OK with plan. Cleared to stay in the unit.
  1230-R. Mendoza notified of above information. D'cd Bactrim and changed to clindamycin and Naprosyn 375mg po Q day x 3 days.

## Allergies/Intolerance
N.K.D.A.

## Addendum:
  02/26/2021 01:12 PM Cendana RN, Mary M > Advised sick call process if needed. Voiced understanding of instructioin.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH SERVICES, CHC   02/26/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: AD/SEGA7
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Garcia LMFT, Jaclyn | Date: 02/26/2021 |
| | | Time: 10:49 AM |

**Reason**    Other

**Message**    02/26/2021@1040 Mental Health Clinician contacted charge nurse on staff this day due to inmate reporting his bug bite was bleeding and pussing. Charge nurse will be out to seeh im. Inmate already set on antiobiotics at this time.

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH SERVICES, CHC  02/26/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: INTI4**
**39 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

**Telephone
Encounter**

**Answered by**   Plosser RN, Ma Del Carmen                Date: 02/22/2021
                                                          Time: 09:46 PM

**Reason**   C.O. spider bite and hernia

**Chief Complaint**
1. C.O. spider bite and hernia

**Assessments**
IM/ Pt alert and oriented to time, place, person and situation. Ambulatory with steady gait, speech clear, not in acute distress. R upper leg spider bite, Phoned Dr Ali, started on Bactrim BID x 7days. Also claims hernia; unremarkable. Got an ROI pending Dr Blu Family medical, Sisk Rd, Modesto.Went back to cell without any difficulty.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   02/22/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: INTI4
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: Mendoza FNP-BC, Robyn

---

**Telephone
Encounter**

**Answered by**    Mendoza FNP-BC, Robyn                                Date: 02/12/2021
                                                                        Time: 01:47 PM

**Reason**    decrease Naprosyn

**Message**    Naprosyn decreased to Qhs. ALT/AST sl elevated.

---

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: Mendoza FNP-BC,
Robyn   02/12/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
39 Y old Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Danielson RN, Janice | Date: 01/24/2021 |
| | | Time: 04:32 PM |
| **Caller** | Radio traffic | |
| **Reason** | Fight with other inmates | |

**Chief Complaint**
1. Fight with other inmates

**History of Present Illness**
-GENERAL :
    16:00 Seen in U3 after fight with other inmates. A&O, speech clear, gait steady. No red, swollen or bruised areas. Denies pain or injury. Knuckles with intact pink skin, no deformity. Cleared to be hosued.

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   01/24/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
39 Y old Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

**Telephone
Encounter**

**Answered by**    Cendana RN, Mary M

Date: 01/14/2021
Time: 04:11 PM

**Reason**    Zeiter eye clinic 1-13-21

## Chief Complaint
1. Zeiter eye clinic 1-13-21

## History of Present Illness
-GENERAL :
   Zeiter eye clinic 1-13-21 reviewed. DX: Unspecified visual field defects OU. Hx of arachnoid cust being followed up since 2009. Per notes, to follow-up in 3 months. Referral done. Also F/U with neurosurgery. Inmate has appt with neuro on 3-5-21.

Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981    Provider: CORRECTIONAL HEALTH
SERVICES, CHC    01/14/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

Lar no: 9512942  Booking: 20-11694
Facility Code: SOMJ  Housing Area: MAINU3
39 Y old  Male, DOB: 11/29/1981
6130 CROSSROADS DR , RIVERBANK, CA 95367
Provider: CORRECTIONAL HEALTH SERVICES, CHC

---

**Telephone Encounter**

**Answered by**     Cendana RN, Mary M

Date: 12/14/2020
Time: 01:30 PM

**Reason**     Complain of headaache, dizziness

---

## Chief Complaint
1. Complain of headaache, dizziness

## History of Present Illness
-GENERAL :
     1315-CN call from unit 3 due to complain of headache. Ambulated to clinic with steady gait, A/O x 4, color good, skin dry, respiration non-labored, speaking full sentences with clear speech. Reported throbbing headache on the site of the cyst. Claims he has cyst in his brain that causing the headache. No complain of fever, chills, sore throat, cough, SOB, diarrhea, vomiting or any other symptoms. Denies exposure to COVID +. Also reported that he was dizzy this morning, asking to be housed lower bunk/cell. No complain of dizziness now, but still complain of headache. PERRLA, no complain of blurry vison or eye pain. Tongue midline, smile symmetrical, grips strong and equal. ROM of all extremities WNL. NKDA. BP-117/78 P-73 T-98.8 O2 sat 98%. Tylenol 500mg po x 1 dose. Will house lower bunk/cell ( officer Bustamante notified and ATIMS updated). Advised this writer will notify provider of his issue. Also advised that he has pending referral to Neurology for cyst in the head. Also advised of safety precaution if he feels dizzy. Also advised of sick call process if needed. Voiced understanding of tx plan and instructions and OK with it.
     1329-L. Holton FNP notified of above information, ordered Tylenol 500mg po BID PRN headache x 5 days.

## Allergies/Intolerance
N.K.D.A.

---

Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH
SERVICES, CHC   12/14/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area: MAINU3**
**39 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

**Telephone
Encounter**

**Answered by**     Cendana RN, Mary M

Date: 12/08/2020
Time: 02:38 PM

**Reason**     Zeiter eye clinic notes on 12-8-20

## Chief Complaint
1. Zeiter eye clinic notes on 12-8-20

## History of Present Illness
-GENERAL :
Zeiter eye clinic report 12-8-20 reviwed DX: Unspecified visual field defects OU. PLan: Schedule VF 24-2/ OCT ONH OU and follow-up ( MD to check pupils). Referral done.

## Addendum:
12/08/2020 02:44 PM Cendana RN, Mary M > Consulted with FNP L. Holton re: notes follow-up with MD to check pupils, per FNP pupils to be checked by Zeiter eye MD.

**Patient: CASAREZ, ENRIQUE ESTEBAN    DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH SERVICES, CHC   12/08/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CASAREZ, ENRIQUE ESTEBAN

**Lar no: 9512942  Booking: 20-11694**
**Facility Code: SOMJ  Housing Area:**
**38 Y old  Male, DOB: 11/29/1981**
**6130 CROSSROADS DR , RIVERBANK, CA 95367**
**Provider: CORRECTIONAL HEALTH SERVICES, CHC**

**Telephone**
**Encounter**

| | |
|---|---|
| **Answered by** | Cantillep, Felipe A |

Date: 08/16/2020
Time: 02:12 AM

**Caller**          Felipe Cxantillep

**Reason**          Other

**Message**    IM received from BK, in SOMED for Benzo Obs. IM endorses that he has history of Herpes on
acyclovir, HTN, not on medication, Arachnoid Cyst, & RA on Norco for pain management. IM also has
MH history, psych staff Manny was in the unit on arrival. IM was placed in psych obs cell # 34 without
any incident.

**Patient: CASAREZ, ENRIQUE ESTEBAN   DOB: 11/29/1981   Provider: CORRECTIONAL HEALTH**
**SERVICES, CHC   08/16/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Electronically signed by Aleyda Aragon, LVN on 08/15/2020 at 11:07 PM PDT**
**Electronically co-signed by Alyssa Agrippino RN on 08/16/2020 at 03:17 PM PDT**
**Sign off status: Completed**

**Addendum:**
08/15/2020 11:12 PM Aragon, LVN, Aleyda > MH Manuel was notified.
08/16/2020 03:17 PM Agrippino RN, Alyssa > reviewed

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

PHYSICIAN'S ORDERS

PLEASE USE BALL-POINT-PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _Casarez, Enrique_
AKA: _____
DATE OF BIRTH: _11-29-81_   LOC: _I 4_
ALLERGIES: _NKDA_
0733

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 9/24/20 | 0733 | 1 Motrin 600 mg ĩ po BID pc prn pain x 7 days. | | |
| | | Per 9/0 / unnote CRgL. | | |
| | | noted: Charlotte C. Rg— 9/26/20  0753 | | |
| | • | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

MED. RECORD #: 9512942

NAME: CASARES, ENRIQUE

AKA: _____

DATE OF BIRTH: 951/29/81   LOC: T4

ALLERGIES: Nobs

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|--------|--------|
| 10/6/2020 | 1100 | Motrin 600mg T P.O. BID PRN PAIN PC x 7 Days. | | |
| | | | | |
| | | NOTED   Nacho Munoz RN 10/6/2020 @ 1100 | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _CASAREZ, ENRIQUE_
AKA: _____
DATE OF BIRTH: _11-29-_ LOC: _Icy_
ALLERGIES: _XLₐₒA_
CAR #: 951 2942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 10-14-20 | 1041 | Celebex 100 mg ÷ p.o. BID X 30 days | | |
| | | V.O. by : FNP Bockus C. / | | |
| | | noted by: lynn RN | | |
| | | 10-14-20 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

### PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _Casarez, Enrique_
AKA: _____
DATE OF BIRTH: _11/29/81_   LOC: _I 4_
ALLERGIES: _NKDA_

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 10/20/20 | 1241 | D/C Celebrex | | |
| | | Naproxen 500mg PO BID x 21 days | | |
| | | L Halton, FNP-C | | ∞ |
| | | NOTED  Ann Webb  10/20/20 | | 1330 |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _Aguerez, Enrique_
AKA: _____
DATE OF BIRTH: 11 29 71    LOC: 03
ALLERGIES: _Nison_

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 10/23/20 | 13:10 | Zeiter Eye clinic Referral Ecw | | |
| | | T.O.    LW Holton | | |
| | | R.B.  V - 88 ____ | | |
| 10/23/20 | | | | |
| 13:10 | | noted ____ 80ha ___ | | |
| | | ____ 10/23/20 | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _CAVAREZ_, _ENRIQUE_
AKA: _____
DATE OF BIRTH: _11-29-81_    LOC: _U3_
ALLERGIES: _NKDA_
CMC #: 951 2942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 11-11-20 | 1125 | Naproxen 500g i po. BID pro pain x 5 days c food | | |
| | | per vo/h | | |
| | | noted by: Ryvl RN 11-11-20 @ 125 | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
|---|

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____ 9512942

NAME: CASAREZ, ENRIQUE

AKA: _____

DATE OF BIRTH: 11/29/81  LOC: U3

ALLERGIES: _____ NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|---|---|---|---|---|
| 11/20/20 | 1100 | Naproxen 375 M TP-O BID PRN PAIN × 3 DAY C. S/P | | |
| | | Noted Nurse Yacour RN | | 11/20/20 |
| | | | | 1100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #:
NAME: Casquez, Enrique
AKA:
DATE OF BIRTH: 11-29-87   LOC: U3
ALLERGIES: NKDA

LAC # 9572942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 12-8-20 | 1132 | VF 24-2 OCT ONH O'U and F/low | | |
| | | up MD to check pupils | | |
| | | per Zwiter eye 12/8/20 | | |
| | | MT Cenordove | N |
| | | Noted by MPendarvis N | | |
| | | 12-8-20 | | |
| | | | 9/9/020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

## PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: Casarez, Enrique
AKA: _____
DATE OF BIRTH: 11-29-81  LOC: V.3
ALLERGIES: N/NA

LAR # 1012942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 12-14-20 | 1227 | Tylenol 500mg P.o BID | | |
| | | prn headache x 5 days, | | |
| | | V.O. L. Holton FNP MRush | | |
| | | Noked by MRush on | | |
| | | 12-14-20 @ 1352 MR 12/15/20 | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____

NAME: *CASAREZ, ENRIQUE*

AKA: _____

DATE OF BIRTH: *11-29-81*    LOC: *U3*

ALLERGIES: *MRSA*

*CAC #: 95122942*

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 12-15-20 | 1115 | Naproxen 375 mg i p.o. BID pm pan x | | 60 |
| | | days c crodum | | |
| | | U-0.4: FNP H/Bra, C./Phn | | |
| | | Nctof 4: Ruph R/ | | |
| | | 12-15 20 @ 1145 | | |
| | | 12/15/20 | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

## PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #:
NAME: Casarez, Enrique
AKA:
DATE OF BIRTH: 11-29-81    LOC: A9
ALLERGIES: NKDA

LAR # 9572942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 1-14-21 | 1409 | 1. Follow-up in 3 months | | |
| | | per Zeifer wic clinic | | |
| | | report 1-14-21 @ tf. | | |
| | | M Rendon | ✓ |
| | | Noted by M Rendon | ✓ | |
| | | 1-14-21 @ 1410 | | |
| | | [signature] | | |
| | | JAN 15 2021 | | |
| | | Robyn Mendoza FNP-BC | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9518942
NAME: Casarez, Enrique Esteban
AKA:
DATE OF BIRTH: 11/29/1981    LOC: I4 -
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| | | Med renewal | | |
| 2/10/21 | 2200 | Naproxen 375mg 1 tab PO BID PRN | | |
| | | X 60 days for Pain | | |
| | | Cmp (ccw) | | |
| | | Noted by EMurry 2/11/21 @ 1500 | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY"

MED. RECORD #: _____
NAME: Casarez, Enrique
AKA: _____
DATE OF BIRTH: 11/29/81  LOC: I.4
ALLERGIES: NKA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: | |
|------|------|-------------------------------------|---------|----------|
| | | | FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| 2/12/21 | 1348 | ↓ Naprosyn 375mg ; PO BID to PO QHS x 90d. | Mos | |
| | | Noted Anne Loebs 2/12/21 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY"

MED. RECORD #: _____
NAME: Casarez, Enrique
AKA: _____
DATE OF BIRTH: 11/29/81   LOC: I-4
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|---|---|---|---|---|
| 2/12/21 | 1348 | ↓ Naprosyn 375mg ; PO BID to | M | |
| | | ? PO QHS x 90d. | | |
| | | NOTED amy loebs 2/12/21 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL-POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _Casarez, Enrique_
AKA: _____
DATE OF BIRTH: _11/29/81_ LOC: _54_
ALLERGIES: _NKDA_

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|--------------------------------------|------|------|
| 2/22/21 | 1724 | Bactrim 800-160 BID X 7days /t.o. /Dr. An | MLon, RN | |
| | | MLon, RN 2/22/21 1725 | 2/22/21 1725 | |
| | | | | |
| | | | FEB 23 2021 Robyn Mendoza FNP-BC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 95|2942
NAME: CASANEZ, ENRIQUE ESTEBAN
AKA:
DATE OF BIRTH: 11/29/81    LOC: INTAKE 4
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 2/23/21 | 1750 | KEFLEX 500MG PO TWO X 7 DAYS | | |
| | | TOLD DR. GREWAL / FACANTULEP RN | | |
| | | FAXED/NOTED FACANTULEP RN 2/23/21 @ 1750 | | |
| | | P.A. 2/24/21 | | |
| 2/23/21 | 1800 | PLEASE DISCONTINUE KEFLEX IM & ON BAGRIM. | | |
| | | PER DR. FACANTULEP N 2/23/21 @ 1800 | | |
| | | NOTED FACANTULEP N 2/23/21 @ 1800 | | |
| | | P.A. | | |
| | | 2/24/21 | | |
| | | | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

### PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY :

MED. RECORD #:
NAME: Suarez, Enrique
AKA:
DATE OF BIRTH: 11-09-81    LOC:
ALLERGIES:
LAP# 75/2942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 2/26/21 | 12³⁰ | DC Bactrim | | |
| | | Clindamycin 300 mg ; PO TID x 7 d | | |
| | | Naproxen 375 g ; PO BID x 3 d | | |
| | | Noted by ___ MTendance | N | |
| | | 2-26-21 @ 1228 | | |
| 2-26-21 | 1298 | Clean wound on (R) thigh c̄ | | Seen |
| | | NS, cover c̄ DD daily until | | |
| | | healed | | |
| | | per ___ MTender | N | |
| | | Noted by ___ MTender | N | |
| | | 2-26-21 @ 1240 | | |

ALL ORDERS MUST BE DATED AND SIGNED

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

## PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____

NAME: __CASAREZ , ENRIQUE__

AKA: _____

DATE OF BIRTH: _11-29-81_  LOC: __A7__

ALLERGIES: ____NADA____

CFN #: 951 2942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|--------------------------------------|------|------|
| 3-21-21 | 1108 | Tylenol ÷ gm po: BID x 7 days prn | | |
| | | V.O. by FNP Beckett, C. | | |
| | | noted by: | | |
| | | 3-21-21 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____

NAME: _CASAREZ_, _ENRIQUE_

AKA: _____

DATE OF BIRTH: _11-29-81_   LOC: _A2_

ALLERGIES: _____ _NKDA_

CM #: _9512942_

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 3-8-21 | 1113 | Tylenol ī gm po · BID pr pain x 7 days | | |
| | | U.O. by RNP Mendoza R. | | |
| | | noted by? April MW | | |
| | | 3-8-21 @ 1113 | | |
| | | [signature] | | |
| | | MAR 9 2021 | | |
| | | Robyn Mendoza FNP-BC | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9512942
NAME: Casarez, Enrique
AKA:
DATE OF BIRTH: 11/29/81   LOC: A51
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|---|---|---|---|---|
| 3/8/21 | 1210 | MRI of brain with and without gadolinium | | |
| | | — EEG to r/o seizure | | |
| | | — Keppra 500 mg PO BID X 30 days | | |
| | | — Labs — Vitamin B12, Folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH | | |
| | | — F/u with neurosurgery after MRI is done | | |
| | | — Per Neurology report 3/8/21 — | | |
| | | — Noted — | | |
| | | | | |

MAR 9 2021
Robyn Mendoza FNP-BC

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9812942
NAME: Casavez, Enrique
AKA:
DATE OF BIRTH: 11/29/81    LOC:
ALLERGIES: NKA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (√) | TO BE FILLED BY PHARMACY (√) |
|------|------|-------------------------------------|-----|-----|
| 4/7/24 | 0500 | Med Renewal | | |
| | | levetiracetam 500mg 1 tab po BID x 90 days | | 90 days |
| | | ✗ Hold NPC | | |
| | | + rom 4/7/21 | | 13n |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: Casarez, Enrique
AKA: _____
DATE OF BIRTH: 11-29-81    LOC: II
ALLERGIES: NKDA

HART 95/29/42

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 5-10-21 | 1108 | Recommend follow-up with neurosurgery | | ✓ |
| | | for possible removal of the | | |
| | | arachnoid cyst | | |
| | | Cardiac work-up per synwop | | |
| | | Gabapentin 800mg po BHS per | | |
| | | head pain x 90 days. | | |
| | | RTC in 3 months - ECW | | |
| | | per Neuro surgery clinic note | ✓ | |
| | | 5-7-21    Tinder | | |
| | | Noted by   MTinder | RN | |
| | | 5-10-21 @ 11:41 | | |
| | | MAY 10 2021 | | |
| | | _____ NP-C | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: CASAREZ, ENRIQUE
AKA: _____
DATE OF BIRTH: 11/29/1981   LOC: 4
ALLERGIES: NKDA

# 9512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK | TO BE FILLED BY PHARMACY |
|------|------|-------------------------------------|---------------------------------------------------|--------------------------|
| 5/13/21 | 1320 | DIC gabapentin 300mg PO @HS × 90 days | | |
| | | | | |
| | | V. O. Lakisha Hottm, FNP / Jdim N | | |
| | | | | |
| | | noted bi: Jdim N √ 5/13/21 @12h | | |
| | | | | |
| | | | | |
| | | | PH 8/14/21 | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| **PHYSICIAN'S ORDERS** |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9512942
NAME: CASAREZ, ENRIQUE ESTEBAN
AKA:
DATE OF BIRTH: 11/29/81    LOC: K7
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 6/15/21 | 01W | RECOMMENDATIONS: | | |
| | | 7-DAY EVENT MONITOR TO RULE OUT CARDIAC | | |
| | | ARRHYTHMIAS. | | |
| | | 2D CARDIOGRAM TO ASSES LV FUNCTION | | |
| | | CARDIAC FOLLOW UP IN 2-3 MONTHS AFTER | | |
| | | ABOVE TESTS. | | |
| | | PER DR. DHARAWAT NOTES ON 6/14/21 / FACE TO FACE | | |
| | | NOTED FACE TO FACE IN 6/15/21 @ 01W — [signature] | | |
| | | JUN 15 2021 | | |
| | | Robyn Mendoza FNP-BC | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

**PLEASE USE BALL POINT PEN & WRITE FIRMLY**

MED. RECORD #:
NAME: _Casarez, Enrique_
AKA:
DATE OF BIRTH: 11/29/81    LOC: A7
ALLERGIES: NKDA

9512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 7/14/21 | 2330 | Med Renewal | | |
| | | Levetiracetam 500mg ¡ tab po BID X 90 days. | | |
| | | Noted aunt Toews 7/15/21 @ 125 | | |
| | | 7/16/21 | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 951 2942
NAME: Casarez, Enrique
AKA:
DATE OF BIRTH: 11-29-81    LOC: A7
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 7-27-21 | 1412 | Change naprosyn to: | | |
| | | Naprosyn 375 mg ī tab po BID X 30 days | | |
| | | V.O. L. Holton FNP / Schumaipm RN | | |
| | | Noted. | JUL 27 2021 | |
| | | | Robyn Mendoza FNP-BC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

## PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #:
NAME: _Casarez, Enrique_
AKA: _____
DATE OF BIRTH: _11/29/81_  LOC: _A7_
ALLERGIES: _NKDA_

9512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 8/21/21 | 2130 | Med Renewal | | |
| | | Naproxen 375mg ꓿tab PO BID X 20 days. | | |
| | | X. Holl NP-C | | |
| | | — Noted 8/23/21 @ 1145  MN, LVN | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

9512942

MED. RECORD #: _____

NAME: Casarez, Enrique

AKA: _____

DATE OF BIRTH: 11|29|81   LOC: A7

ALLERGIES: NKDA

| PHYSICIAN'S ORDERS |
|---|

PLEASE USE BALL POINT PEN & WRITE FIRMLY

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (*) | TO BE FILLED BY PHARMACY (*) |
|---|---|---|---|---|
| 9|14|21 | 1800 | Med Renewal— | | |
| | | Naproxen 375mg †tab PO BID X | | |
| | | 90 days | | |
| | | | | |
| | | [signature] | | |
| | | [signature] Ffrom 9/15/21 | (signature) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: __7512942__
NAME: __Casarez, Enrique E__
AKA: _____
DATE OF BIRTH: __11-20-81__  LOC: __A07__
ALLERGIES: __NKDA__

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---------|---------|
| | | < Med renewal > | | |
| 9/30/21 | | Keppra 500mg 1 tab PO BID X 90 days | | |
| | | | | |
| | | | | |
| | | | | |
| | | Noted 10/1/21 @ 1600   MN,LVN | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| :---: |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: Casérez, Enrique
AKA: _____
DATE OF BIRTH: 1-29-81    LOC: _____
ALLERGIES: Muna

9512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| :---: | :---: | :--- | :---: | :---: |
| 10/27/21 | 1210 | ↑ Naproxen to 500mg PO, BID x 30 days | | |
| | | V.O La Kisha Holton FNP | | ✓ |
| | | →noted 10/27/21 | | ✓ |
| | | | | 10/27/21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA  95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____

NAME: _Casarez, Enrique_

AKA: _____

DATE OF BIRTH: _11/29/81_    LOC: _A7_

ALLERGIES: _NKDA_

Q512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 11/28/21 | 242 | Med Renewal | ✓ | |
| | | Naproxen 500mg 1 tab PO BID X 90 d. | | |
| | | Camp (ATmo) | | |
| | | — Noted 11/29/21 @ 1245  MN/LW | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9812942
NAME: Casarez, Enrique
AKA:
DATE OF BIRTH: 11-29-81    LOC: A7
ALLERGIES: NKA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|-----|-----|
| 12/22/21 | 2250 | Medication renewal > | | |
| | | Keppra 500mg 1 tab PO BID X 90 days. | | |
| | | | | |
| 12/23/21 | | | | |
| 14:10 | | noted | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

PHYSICIAN'S ORDERS

PLEASE USE BALL-POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: CASAREZ, ENRIQUE
AKA: _____
DATE OF BIRTH: 11/29/8 _____ LOC: A7
ALLERGIES: _____ NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER |  |
|------|------|-------------------------------------|------------------------|--|
|      |      |                                     | FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| 12/28/21 | 1150 | ARTIFICIAL TEARS ÷ GTT QID × 5-7 DAYS. |  |  |
|      |      | C/P |  |  |
|      |      | NOTED [signature] LN | 12/28/21 |  |
|      |      |  |  | @ 1150 |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |
|      |      |  |  |  |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: _Cáceres, Enrique_
AKA: _____
DATE OF BIRTH: _11/29/81_     LOC: _A-7_
ALLERGIES: _NKDA_

_Lar 9512942_

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|------|------|------|
| 1/15/22 | 0823 | labs: V + B-12, Folic acid, ESR, ANA, H A1C | | |
| | | ferritin, TSH | | ECW |
| | | - Return to clinic in 3 months | | |
| | | per neuro surg notes | | |
| | | ↱noted 1/15/22 | | |
| | | | | 1/25/2022 |
| 1/20/22 | 1041 | Gabapentin 300mg PO BHS x | | |
| | | 30 days per neurology notes | | FARP |
| | | Noted Quinn LVN | | 1/20/22 |
| | | | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: _____
NAME: ___Casanez, Enrique___
AKA: _____
DATE OF BIRTH: 11/29/81    LOC: A-7
ALLERGIES: ___NKDA___

951 29 42

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|------|------|
| 1/21/22 | 0832 | Dental referral    EM | | |
| | | Motrin 600mg ī po BID pc per Prin | X 7d. | |
| | | per S/p/ Unotte C.M. ✓ | | |
| | | noted: Unotte C.M. 1/21/22  0832 | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY*

MED. RECORD #: _____
NAME: Casarez, Enrique
AKA: _____
DATE OF BIRTH: 11/04/81 ____ LOC: _____
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 2/3/22 | 1441 | Zofran 4mg + PO Q8HR PRN nausea | | |
| | | X 2 days. (1 given now please). | | |
| | | Please re-check pt. in Nov after Zofran. | | |
| | | Noted 2/3/22 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALL ORDERS MUST BE DATED AND SIGNED

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

| PHYSICIAN'S ORDERS |
| --- |

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9572942

NAME: Casarez, Enrique

AKA: _____

DATE OF BIRTH: 11/29/81    LOC: A7

ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
| --- | --- | --- | --- | --- |
| 2/14/22 | 1830 | Med Renewal— | ✓ | |
| | | Gabapentin 300mg PO QHS × 90 days | days | |
| | | Noted quill Nurse | 2/15/22 | |
| | | | | 1330 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

**PHYSICIAN'S ORDERS**

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #:
NAME: Casarez, Enrique
AKA:
DATE OF BIRTH: 11/29/81    LOC: M
ALLERGIES: NKDA

a512942

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER: FILLED FROM FLOOR STOCK (✓) | TO BE FILLED BY PHARMACY (✓) |
|------|------|-------------------------------------|---|---|
| 2/22/22 | 1820 | Med Renewal | | |
| | | Naproxen 500mg 1tab PO BID X 20 days | | |
| | | NOTED Quinn Coops 2/23/22 | | 1320 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

MRI Brain w/ + w/o Contrast                                    CASAREZ, ENRIQUE ESTEBAN - 12593430
* Final Report *


# * Final Report *

*[signature]*

**MAR 30 2021**

**Reason For Exam**
MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG


**MR HEAD W/WO**

```
Referring Provider:  OUTSIDE  PHYSICIAN                        Location:   SJGH
Diagnostic Imaging
Patient Name:  ENRIQUE ESTEBAN CASAREZ      Med Rec #:  12593430
Date of Birth:  11/29/1981  Age:  39 year(s)
Procedure Date:  March    26, 2021  Gender:  M
Pregnant:       Accession #: 5000667222
Account:  30640974
Procedure:   MR HEAD W/WO
Exam Completion Time:   11:21:22     Tech:   BHH
Clinical Info:  MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG
```

MRI BRAIN WITHOUT AND WITH CONTRAST

INDICATION: MRI BRAIN W/WO CONTRAST/ ARACHNOID CYST/ SYUNG JUNG

TECHNIQUE: Multiplanar multisequence imaging through the brain before
and after the administration of 10 mL of Dotarem contrast material
without adverse effect.

COMPARISON: None

FINDINGS:

3.6 x 2.4 x 3.0 cm extra-axial fluid collection isointense to CSF on
all sequences does not correspond to any enhancement or any
abnormality on the diffusion-weighted sequence. Secondary mild mass
effect upon the left temporal lobe identified without any parenchymal
abnormality.

No abnormal brain parenchymal or meningeal enhancement noted.

| | |
|---|---|
| Result type: | MRI Brain w/ + w/o Contrast |
| Result date: | March 26, 2021 11:44 PDT |
| Result status: | Auth (Verified) |
| Result title: | MR HEAD W/WO |
| Performed by: | RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT |
| Verified by: | RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT |
| Encounter info: | 30640974, San Joaquin Hosp, Outpatient, 3/26/2021 - 3/26/2021 |

Printed by:    Sharma, Saleshni                                    Page 1 of 3
Printed on:    3/29/2021 7:54 PDT

MRI Brain w/ + w/o Contrast ........................ CASAREZ, ENRIQUE ESTEBAN - 12593430
* Final Report *

The brain parenchyma appears normal in signal intensity without
evidence for acute ischemia, hemorrhage or mass lesion. No evidence
for hydrocephalus.

The pituitary, cavernous sinus, hypothalamic and pineal regions appear
normal.

The cranial-cervical junction, atlanto-dens interval and position of
the cerebellar tonsils are within normal limits.

Cranial nerve VII/VIII complexes appear normal without evidence for
gross intracanalicular or cerebellar-pontine angle lesion.

No evidence for sinusitis or mastoiditis.

Calvarium appears normal.

IMPRESSION:

Anterior left middle cranial fossa arachnoid cyst without any acute
abnormality.

Dictating Radiologist: Rakesh Patel, MD
Dictation Date: 3/26/2021 11:33 AM

Electronically Signed By, Rakesh Patel, MD
Date: 3/26/2021 11:41 AM

Thank you for this referral.

**MR HEAD W/WO**
This document has an image

| | |
|---|---|
| Result type: | MRI Brain w/ + w/o Contrast |
| Result date: | March 26, 2021 11:44 PDT |
| Result status: | Auth (Verified) |
| Result title: | MR HEAD W/WO |
| Performed by: | RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT |
| Verified by: | RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT |
| Encounter info: | 30640974, San Joaquin Hosp, Outpatient, 3/26/2021 - 3/26/2021 |

MRI Brain w/ + w/o Contrast
* Final Report *

CASAREZ, ENRIQUE ESTEBAN - 12593430

Result type:           MRI Brain w/ + w/o Contrast
Result date:           March 26, 2021 11:44 PDT
Result status:         Auth (Verified)
Result title:          MR HEAD W/WO
Performed by:          RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT
Verified by:           RP -UNKNOWN, PERSONNEL on March 26, 2021 11:44 PDT
Encounter info:        30640974, San Joaquin Hosp, Outpatient, 3/26/2021 - 3/26/2021

Printed by:     Sharma, Saleshni
Printed on:     3/29/2021 7:54 PDT

SAN JOAQUIN COUNTY CORRECTIONAL HEALTH CARE SERVICES
7000 MICHAEL N. CANLIS BLVD.
FRENCH CAMP, CALIFORNIA 95231

## PHYSICIAN'S ORDERS

PLEASE USE BALL POINT PEN & WRITE FIRMLY

MED. RECORD #: 9572142
NAME: Casarez, Enrique,
AKA:
DATE OF BIRTH: 11/29/81    LOC: A-1
ALLERGIES: NKDA

| DATE | TIME | ALL ORDERS MUST BE DATED AND SIGNED | NURSE CHECK EACH ORDER | |
|------|------|-------------------------------------|---|---|
| | | | PULLED FROM FLOOR STOCK (+) | TO BE FILLED BY PHARMACY (+) |
| 3/15/22 | 1730 | Med Renewal | | |
| | | Levetiracetam 500mg 1 tab PO | | |
| | | BID X 90 days | | 3/16/22 0638 |
| | | NBtif Noted by: _____ 5/16/22 @ 0647. | | |

**ALL ORDERS MUST BE DATED AND SIGNED**

Jail Medical 7 (6/18)

San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

| | |
|---|---|
| Patient: **CASAREZ, ENRIQUE ESTEBAN** | Admit: 3/5/2021 |
| MRN: 12593430 | Disch: 3/5/2021 |
| FIN: 30607363 | Admitting: Hedayat, Tina MD |
| DOB/Age/Sex: 11/29/1981 / 40 years / Male | Copy to: Herrera, Corrina A |

## Consultation Notes

changes / Prognosis / Current conditions / Medications / Dose adjustments / New dx / Other

Patient Involvement: Interactive / Attentive / Asked questions / Verbalized understanding / Other

I explained to him thatOn exam he has bilateral visual acuity defect with left-sided visual field defect without any other problem, otherwise exam is nonfocal

CT of the head apparently back in 2009 showed left temporal fossa arachnoid cyst and again on 7/20/2019 but we do not have any actual report or CT

Recommend MRI of the brain with and without gadolinium to see the arachnoid cyst and rule out other structural brain lesion demyelinating lesion

Recommend to obtain EEG to rule out seizure given recurrent syncopal episode

Recommend to start the patient on Keppra 500 mg p.o. twice daily for prophylaxis in case of his localization-related epilepsy secondary to arachnoid cyst

Recommend to check peripheral neuropathy lab work-up for off balance such as vitamin B12, folic acid, ESR, ANA, hemoglobin A1c, ferritin, TSH and keep the vitamin B12 more than 400

Recommend to follow-up with neurosurgery after the MRI is done for possible removal of the arachnoid cyst, is unclear if arachnoid cyst is causing all the problem

He agreed with assessment and plan and he will see me in 1 month and if he will see neurosurgery as soon as possible once the MRI is done

**Images**
No imaging is available and per documentation is a CT scan that has done back in 2009 showed an arachnoid cyst in the left temporal fossa

*[Electronically Signed on: 03/05/2021 09:43 PST]*

_____

*Hedayat, Tina MD MD*

*[Verified on: 03/05/2021 09:43 PST]*

_____

*Hedayat, Tina MD MD*

**NIGHTHAWK**
PRIVATE INVESTIGATIONS

February 16, 2022

RE: WITNESS STATEMENT/Ramona Casarez
6130 Crossroad Drive
Riverbank, CA 95367
209.450.1746

On Feb 8, 2022, at approximately 10:45am I, D. Wayne Patterson spoke with Ramona Casarez about any knowledge she had in regard to Enrique Casarez and his current pending legal matters. Ms. Casarez is the mother of Enrique Casarez and he was living with her just prior to his incarceration.

Ms. Casarez told me that she heard her son sometime after midnight the morning of his arrest. She noted she heard nothing unusual however later that morning Enrique came into her room and gave her his wallet and keys.

The next thing she recalled is Enrique calling her from jail and telling her he had been accused of doing something he didn't do. He told her he been at his girlfriend's house when his girlfriend's daughter came into the room, sat down and threw her legs over his while asking for a massage saying her legs were hurting her. He went on to say that his girlfriend was in the kitchen, and they had both (he and girlfriend) had been drinking.

Ms. Casarez told me she didn't know Enrique's girlfriend and believed she lived in Lodi, CA and estimated they had been together for about a year when this alleged incident occurred.

The witness said that prior to the night at the girlfriends her son had been having mental episodes when he black out, not know where he was and get migraine headaches. She believes something developed in him while he was in his 20's. She said he had been referred to a neurologist by his primary physician, Dr. Blue, and the neurologist had recommended surgery and Enrique was contemplating that option at the time he was arrested.

END OF STATEMENT

23046 AVENIDA DE LA CARLOTA. SUITE 600 * LAGUNA HILLS, CA 92653 * PH 949.229.7292 * FAX 949.588.5700
12707 HIGH BLUFF DRIVE. SUITE 200 * HQ SAN DIEGO, CA 92130 * PH 858.436.5286 * FAX 858.794.1450
2880 ZANKER RD. SUITE 203 * SAN JOSE, CA 95134 * PH 408.603.1850 * FAX 408.432.7235
WWW.NIGHTHAWKPRIVATEINVESTIGATIONS.COM
INFO@NHAWKI.COM
CA ST PI#17955

**Sheila Baptista**

Hi Sheila. Do you still have a copy of the police report from that night when Enrique was there? Or the report number?

Hi   umm I never had a copy of the police report. No need to he was yelling, vomiting, and laying on the ground so neighbors called. I never even opened my door since he was uninvited and we were in bed it was about 2am. I only yelled through the door to him to go home before cops come. He was laying outside for at least an hour.. I went to bed as he clearly was not listening to me.

You're welcome

---

**Sheila Baptista**

Wow, sounds like an over eventful way to early morning. You guys admit, that guy is one of a kind... Thankfully. Thanks. He thought you would have a copy of it.
Side note, Julus (spelling) is growing in to write the young man. Can really hear in his comments the progress he is making. When ever we get to go to the hall or aren't again, all of these young ones are going to be way too grown up. You are doing really good job raising him.

Yes, it was quite a night to say the least! Lol — definitely a unique individual for sure. Thank you about Julius! All credit goes to Jehovah, I hope he stays focused and continues

You're welcome

---

**Sheila Baptista**

hope he stays focused and continues to grow in his love for Jehovah. I picture all the little ones like I last saw them but your right by the time we get back to KH they will be driving! Lol

Driving us old folks to the doctor appointments on the way to pick up their kids.   /

Hi again. Enrique has hired a PI to try and track down some stuff for

You're welcome

---

**Sheila Baptista**

Hi again. Enrique has hired a PI to try and track down some stuff for him. He is wanting to get a copy of the police report. Do you know which neighbor called the cops? The PI may come door knocking to find out if you don't know.

Hi, as mentioned I have no police report. It was 1-2 in the morning it could have been any neighbor. It could have been multiple. I don't know but he was yelling and hollering so loud for about 2hrs. People in the apartment complex behind me could hear him. They could have called. Sorry...

You're welcome



**Sheila Baptista**

Hi. Enrique has hired a PI to figure out some things from that night, like how he got there and etc. I think the PI had stopped by a couple of times and left a card. Enrique would appreciate it if you would talk with the PI, your choice.

Hi,
Like I explained before there is nothing for me to say. Why don't they talk to the police officers that Enrique said came and took him?

Plus I really don't want to be involved or caught up in his drama nor do I have the time. I don't see what anything I say would be any different then the neighbors.

You're welcome

Plus I really don't want to be involved or caught up in his drama nor do I have the time. I don't see what anything I say would be any different then the neighbors.

I understand. He is trying to file a medical malpractice against the doctors in relation to his cyst.

And when I did try to help him a while back by calling his attorney as he requested with the number provided it was a waste of time a wild goose chase they had no idea who Enrique was or anything so I don't even know what's true and not with his PI. Anyways I'm tired going to relax worked over 47 hours the week and exhausted. Have a great evening.

You're welcome

1  I, MARK LAMONT STEBBINS UNDER PENALTY
2  OR PERJURY ADMIT THAT THIS STATEMENT
3  IS TRUE & CORRECT & WRITTEN by my own
4  HAND WITH No INTIMADATION or PERSVATION
5  & on my own ACCORD.
6
7  While housed in SAN JOAQUIN COUNTY JAIL
8  AD/seg 7 SIDE, I MARK Stebbins (I/M
9  Worker) seen I/M ENRIQUE ZASAREZ
10 being brought in by DEPUTYS DUE to
11 INCIDENT THAT happened in his originate
12 housing UNIT.
13
14 I CAN PERSONALLY STATE THAT I ADVISED
15 Correctional officers/DEPUTYS OF I/M
16 ZASAREZ INJURYS yet They DID Nothing
17 To ADDRESS such ISSUES. BASICALLY he
18 WAS DENIED MEDICAL ASSISTANCE even
19 Though he had blood/PUSS draining
20 FROM his Leg & could barely walk. I
21 ADVISED DEPUTYS PERSONALLY while
22 he Also pressed EMERGENCY Medical
23 button & Filled a TMedical Request
24 FORMS. iT Took More Than 24 hrs before
25 A DIFFERENT officer Decided To DO
26 Their ASSIGNED DUTIES & call Medical
27 charge nurse To The bldg TO ADDress
28

I/M ZASAREZ Medical ISSVES : ACT
According ly, From my own Eyes
I personAlly wATched, DePuTYS DenY
I/M ZASArez The Medical ATTenTion
ThAT he Asked for : So much Neeeded

This STATemenT IS WRITTen
BY: M

MARK L. STobbINS
SAN JOAQUIN CouNTy JAIL
3-25-2021

I was looking out my window and observed
inmate Enrique Casarez being pushed in
his leg by county Jail officer Than They
escorted him by the intake 4 door and
rammed his head into the wall. They
Then took him too the whole. I am A
witness and I want to testify in
~~court~~ court on inmat Casarez behalf.

My name Larry Donnell Rhodes #0300215

*Larry Rhodes*

hearby Know That every thing I said
is true on behalf of In mate

↓

Enrique Casarez
#009512942

Affidavit                                    March 20, 2021
Statement of facts

RE: Enrique Casarez #009512942

On or about Feruary 25, 2021, at approximetly 6:00 pm
I Inmate Rooney D.A. Smith. Housed in Intake 4-cell 64
heard yelling and Bancing noise and someone screaming
for someone or group of persons to stop hitting him.
I I/m Smith then went to the door to view the incident
I saw C/O Eligio, C/O Laura, and another C/O stiking, Punching
and kicking an Inmate whom was Restrained with hand cuffs.
Behind his Back, and on his knees in submission to this Brutle
Attack. I Imate Smith witnessed C/O Eligio Slapping the
victim on the Back of the head and side of his (victims)
face, C/O Laura was standing on the victims Right hand
side and Punching him in the chest and Ribs while the victim
Bent Down to avert the Blow C/O Laura would kick the
victim in his Back and Right side. then the other two c/os
C/O Eligio and C/O? would up-Right the victimized Inmate and
C/O Laura and the other unindetified C/O would continue the
Assault By Punching in about the Back Face and Ribs, All I
Saw C/O Eligio Do was continually Slap the victim about the
head and face. All this was done while he was Restrained
with his hands Behind his Back and on his knees. I swear
By this Account of events under the penelty of Purgery
By The California Penal Code and Before God Almight.

Rodney D.A. Smith 000 239 230
Contact Info: Rooney D.A. Smith @ Gmail. Com
            OR Dragonscove15@ Gmail. Com
                  — over

I have also been Victimized and threaten By and Harressed By
C/o Parazn, C/o CROSS, C/o Blake(Retired now)
C/o Stillies, C/o ORo

C/o's constantly find ways to senie inmates their
Deer Process to file A Grievance against Security
Stuff with the help and approval of the supperviser
this is regulation of the title 15. Chapter 1 Rules and Regist
Article 1 §§ 3004, §3005, §3013,
Article 1.5. use of force and Restraint Devices
§ 3268, § 3268.2, §3268.1.

I Seen three guards over there
Casarez while Casarez was hunched
down with the cuffs on him Then
They started Yelling at him telling
him to get up as he didnt get
up The other cop punched mr.
Casarez, and The other cop
Slaped him and ran off Then he
went to the floor mr casarez
was unconsious and Then The
forcefully took him to address.
 I was in Room 47


I here by note that everything is
true Gumercindo camejo

000322342

Inmate Shaun T. Perkins Jr. 0364483.
Incarcerated at San Joaquin County Jail since
August 25, 2015.

I Shaun T. Perkins Jr. witnessed 3 officers beating
on inmate Enrique Casarez #00951294. while
handcuffed. I saw Officer Lara walking inmate
Casarez to the interview room but officer
Lara seemed to change his mind about the
interview room and then started raining blows
on inmate Casarez to the ribs and head area.
other officers jumped in and started hitting
inmate Casarez in the head while he was on
the ground hands cuffed behind his back.

Shaun T. Perkins Jr.

Affidavir of facts                    March 21 2020

inmate Shaun T. Perkins Jr  LAR # 5864483

I saw lara taking inmate Erique to the
holding room handcuffed while in route to
Officer Lara starts throwing punches to inmate
Enrique's ribs. It seems like officer Lara
Changes his mind about putting inmate Enrique
in the holding room. So ~~He~~ continues throwing
                              officer Lara

punches to inmate Enrique's ~~right~~ ribs.
Officer Lara then forces inmate Enrique to
the floor. ~~there~~ Officer Eliglio then joins
in the beating on inmate Enrique with
a 3rd officer. Inmate Enrique is on the
floor handcuffed while ?3officers deliver
head shots and body shots with their
bare hands/fists. That is all I ~~will witnessed~~
witnessed. Inmate Shaun T. Perkins Jr
5864483, call cli

I am inmate Shaun T. Perkins Jr. Incarcerated at San Joaqum County Jail Since August 25, 2015. I am giving a statement as a witness