1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ENRIQUEZ CASAREZ,                              No.  2:22-cv-1115 KJM DB P

12                     Petitioner,

13          v.                                      ORDER

14   PEOPLE OF SAN JOAQUIN COUNTY,

15                     Respondent.

16

17          Petitioner, a pretrial detainee proceeding pro se,[1] filed an application for a writ of habeas

18   corpus.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C.

19   § 636(b)(1)(B) and Local Rule 302.

20          On October 6, 2022, the magistrate judge filed findings and recommendations, which

21   were served on petitioner and which contained notice to petitioner that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23   objections to the findings and recommendations. (ECF No. 8.)

24   /////

25   _____

26   [1] Petitioner states in a recently filed notice that he has retained Stanley Goff to represent him in a
     civil rights action.  *See* Notice, ECF No. 9.  Goff has not appeared on petitioner's behalf in this
27   case.  If petitioner has retained Goff to pursue a civil rights action, that retention further supports
     the Magistrate Judge's recommendation not to construe this action as pursuing relief under
28   42 U.S.C. § 1983.

                                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 6, 2022, are adopted in full;

2.  The petition for writ of habeas corpus is dismissed without prejudice;

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case.

DATED:  December 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE